IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 06-B-04563-SPS |
| Eleven South LaSalle Associates, L.L.C., ) | |
| a Delaware limited liability company, ) | Hon. Susan Pierson Sonderby |
| ) | |
| Debtor. ) | |
| ) | |

### FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO COUNSEL FOR THE CHAPTER 11 TRUSTEE

This matter having been presented to the Court upon the Second Interim Application of Seyfarth Shaw LLP for Chapter 11 Compensation and Reimbursement, as Counsel to the Chapter 11 Trustee Gus A. Paloian and the Supplement to Fee Application of Seyfarth LLP as Counsel to Chapter 11 Trustee and Proposed Counsel to Chapter 7 Trustee (collectively, the "Application"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been provided and no other or further notice being required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at the hearings before the Court; and the Court having determined that the legal and factual bases set forth in the Application and at the hearings establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

CH2 20213243.1

ORDERED that Seyfarth Shaw LLP is allowed $2,478.00 as reasonable compensation for actual and necessary legal services rendered to the Chapter 11 Trustee during the period June 30, 2006 through July 25, 2006 (the "Chapter 11 Application Period"); and it is further

ORDERED that Seyfarth Shaw LLP is allowed $241.49 for actual and necessary expenses advanced on behalf of the Trustee during the Chapter 11 Application Period; and it is further

ORDERED that the compensation and reimbursement is allowed as a Chapter 11 administrative expense of the estate pursuant to 11 U.S.C. §§ 503(a) and (b), and 507(a)(2); and it is further

ORDERED that the Trustee is authorized to pay Seyfarth Shaw LLP the compensation and the reimbursement allowed herein.

Dated: February 2, 2008

HONORABLE SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE

CH2 20213243.1