# **Exhibit 2**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 06-04563-SPS |
| Eleven South LaSalle Associates, L.L.C., | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| Debtor. | ) | |
| | ) | |

### ORDER AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF KATTEN MUCHIN ROSENMAN LLP AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE

This matter having been presented to the Court upon the Application (the "Application") of Gus A. Paloian, not individually, but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor, and upon the accompanying Declaration of John P. Sieger, for an order authorizing the employment of Katten Muchin Rosenman LLP ("Katten") as special litigation counsel to the Trustee in the above-captioned case; and the Court finding proper notice of the Application has been provided pursuant to applicable rules and statutes and that no further notice is necessary or required; and after due deliberation, after hearing the statements of the Trustee in open court in support of the Application, and with sufficient cause appearing therefor, it is hereby

ORDERED, that in accordance with 11 U.S.C. §§ 327(e) and 328(a), the Trustee is authorized to retain and employ Katten as his special litigation counsel on the terms and conditions set forth the in the Application and on substantially the same terms and conditions as those stated in the retention agreement attached to this Order; and it is further

ORDERED that the compensation and reimbursement of Katten shall be subject to further order of the Court in accordance with the procedures and standards set forth in sections 330 and 331 of the Bankruptcy Code, such Federal Rules of Bankruptcy Procedure as may be applicable from time to time, and such procedures as may be fixed by order of this Court.

Dated: March 12, 2008

UNITED STATES BANKRUPTCY JUDGE