# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
ELEVEN SOUTH LASALLE ASSOCIATES           §        Case No. 06-04563 SPS
                                          §
                      Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter      of the United States Bankruptcy Code was filed on
     .  The undersigned trustee was appointed on               . The case was converted to
Chapter 7 as of July 26, 2006 and Gus A. Paloian was appointed as the chapter 7 Trustee.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554 except that the trustee reserves, pursuant to 11 U.S.C. section
554(c), the estate's interest in the following: Asset #6 (LITIGATION/AVOIDANCE ACTION
(Case No. 07-A-823)) Trustee requests the entry of an order pursuant to Section 554(c) of the
Bankruptcy Code reserving the Estate's interest in the judgment order dated 5/9/08 entered
against Scott Toberman in the amount of $211,398.00. The filing of the Trustee's Final Report
shall not be deemed an abandonment of the estate's interest in this asset. An individual estate
property record and report showing the disposition of all property of the estate is attached as
**Exhibit A**.

    4.  The trustee realized gross receipts of                    $

              Funds were disbursed in the following amounts:

              Payments made under an interim
disbursement
Administrative expenses
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was            and the deadline for filing governmental claims was            . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $            as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $      , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GUS A. PALOIAN, TRUSTEE_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

Case No:   06-04563   SPS   Judge: SUSAN PIERSON SONDERBY

Case Name:   ELEVEN SOUTH LASALLE ASSOCIATES

For Period Ending:   05/05/11

Trustee Name:   GUS A. PALOIAN, TRUSTEE

Date Filed (f) or Converted (c):   04/24/06 (f)

341(a) Meeting Date:   10/27/06

Claims Bar Date:   05/01/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 0.00 | 188,916.62 | | 188,916.62 | FA |
| TURNOVER OF FUNDS FROM CITIBANK ACCT. NOS. 800288207, 804407559 & 980929299 | | | | | |
| 2. RETURN OF ATTORNEY FEES (u) | 0.00 | 130,000.00 | | 130,000.00 | FA |
| RETAINER REFUND | | | | | |
| 3. REAL PROPERTY | 25,000,000.00 | 0.00 | OA | 0.00 | FA |
| 11 SOUTH LASALLE STREET, CHICAGO, IL - 35 FLOOR OFFICE BUILDING | | | | | |
| 9/27/06 -- Order authorizing Trustee to abandon real property | | | | | |
| 4. ACCOUNTS RECEIVABLE | 445,270.88 | 0.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT, FURNISHINGS, AND (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. LITIGATION/AVOIDANCE ACTION (Case No. 07-A-823) (u) | 318,870.00 | 318,620.10 | | 107,222.10 | 211,398.00 |
| PALOIAN V. MOUTON; CASE NO. 07-00823 | | | | | |
| Trustee requests the entry of an order pursuant to Section 554(c) of the Bankruptcy Code reserving the Estate's interest in the judgment order dated 5/9/08 entered against Scott Toberman in the amount of $211,398.00. | | | | | |
| 7. LITIGATION/AVOIDANCE ACTION (Case No. 07-A-824) (u) | 900,000.00 | 900,000.00 | | 900,000.00 | FA |
| PALOIAN V. ING; CASE NO. 07-00824 | | | | | |
| 8. LITIGATION/AVOIDANCE ACTION (Case No. 07-A-1084) (u) | Unknown | 53,823.07 | | 0.00 | FA |
| PALOIAN V. MCGUIRE WOODS; CASE NO. 07-01084 | | | | | |
| 9. PERSONAL PROPERTY (u) | 0.00 | 2,196.83 | | 2,196.83 | FA |
| RECEIVED FROM DLA PIPER PURSUANT TO ELEVEN SOUTH LASALLE'S CLAIM IN THE BANKRUPTCY ESTATE OF ARCHIBALD CANDY CORPORATION. | | | | | |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,711.24 | Unknown |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Case No:       06-04563    SPS    Judge: SUSAN PIERSON SONDERBY

Case Name:    ELEVEN SOUTH LASALLE ASSOCIATES

Trustee Name:            GUS A. PALOIAN, TRUSTEE

Date Filed (f) or Converted (c):   04/24/06 (f)

341(a) Meeting Date:      10/27/06

Claims Bar Date:          05/01/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $26,664,140.88 | $1,593,556.62 | | $1,330,046.79 | $211,398.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled Adversary Proceeding 07-00823 resulting in a benefit to the estate in the amount of $107,222.10.

Trustee also settled Adversary Proceeding 07-00824 resulting in a benefit to the estate in the amount of $900,000.00.

The Trustee obtained a judgment against the Debtor's former president, Scott Toberman, in the amount of $211,648.00.

Efforts to obtain recovery on this judgment have been unsuccessful.  Mr. Toberman plead guilty to a federal criminal

indictment and is serving his criminal sentence. Trustee will reserve asset at closing pursuant to Section 554(c).

Trustee has attended to Estate tax matters.

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 12/31/11

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-04563 -SPS |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES |
| Taxpayer ID No: | *******2153 |
| For Period Ending: | 05/05/11 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4031  TIP Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/24/06 | 2 | GOULD & RATNER | RETURN OF UNUSED RETAINER - DEBTOR'S COUNSEL | 1290-010 | 41,103.20 | | 41,103.20 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.88 | | 41,111.08 |
| 06/12/06 | 1 | CITIBANK, FSB | TURNOVER OF BANK FUNDS | 1290-010 | 188,916.62 | | 230,027.70 |
| 06/12/06 | | Transfer to Acct #*******4044 | Bank Funds Transfer | 9999-000 | | 500.00 | 229,527.70 |
| 06/13/06 | 2 | GOULD & RATNER | RETURN OF UNUSED RETAINER - DEBTOR'S COUNSEL | 1290-010 | 88,896.80 | | 318,424.50 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 149.06 | | 318,573.56 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 270.57 | | 318,844.13 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 270.80 | | 319,114.93 |
| 09/18/06 | | Transfer to Acct #*******4044 | Bank Funds Transfer FOR PAYMENT OF SEYFARTH AND TRUSTEE FEES | 9999-000 | | 65,000.00 | 254,114.93 |
| 09/19/06 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 239.50 | | 254,354.43 |
| 09/19/06 | | Transfer to Acct #*******4044 | Final Posting Transfer | 9999-000 | | 254,354.43 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 319,854.43 | 319,854.43 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 319,854.43 | |
| Subtotal | 319,854.43 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 319,854.43 | 0.00 | |

Page Subtotals        319,854.43        319,854.43

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 06-04563  -SPS | |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | |
| | | |
| Taxpayer ID No: | *******2153 | |
| For Period Ending: | 05/05/11 | |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4044  BofA Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/06 | | Transfer from Acct #*******4031 | Bank Funds Transfer | 9999-000 | 500.00 | | 500.00 |
| 06/12/06 | 002001 | INTERNATIONAL SURETIES, INC. | TRUSTEE BOND | 6990-000 | | 500.00 | 0.00 |
| | | | CHAPTER 11 BOND PREMIUM | | | | |
| 09/18/06 | | Transfer from Acct #*******4031 | Bank Funds Transfer | 9999-000 | 65,000.00 | | 65,000.00 |
| | | | FOR PAYMENT OF SEYFARTH AND TRUSTEE FEES | | | | |
| 09/18/06 | 002002 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION | 6101-000 | | 6,805.00 | 58,195.00 |
| | | | FIRST INTERIM CH. 11 TRUSTEE FEES | | | | |
| 09/18/06 | 002003 | SEYFARTH SHAW LLP | CH. 11 TRUSTEE ATTORNEY FEES & EXP | | | 58,195.00 | 0.00 |
| | | | FIRST INTERIM FEES TO SEYFARTH SHAW LLP (PARTIAL PAY) PER ORDER 9/13/06 (BALANCE PAID 5/12/08) | | | | |
| | | | Fees            57,816.50 | 6110-000 | | | |
| | | | Expenses         378.50 | 6120-000 | | | |
| 09/19/06 | | Transfer from Acct #*******4031 | Transfer In From MMA Account | 9999-000 | 254,354.43 | | 254,354.43 |
| 09/19/06 | | ELEVEN SOUTH LASALLE ASSOCIATES LLC | TURNOVER OF BANK FUNDS-SECURITY DEP | 4110-002 | | 254,354.43 | 0.00 |
| | | | WIRE TRANSFER TO DEBTOR -  TURNOVER OF FUNDS TO RECEIVER PURSUANT TO AGREED ORDER DATED 9/13/06 (DKT. NO. 152) | | | | |
| 03/11/08 | | Transfer from Acct #*******4196 | Bank Funds Transfer | 9999-000 | 3,000.00 | | 3,000.00 |
| | | | TRANSFER FUNDS TO PAY SEYFARTH FEES | | | | |
| 03/11/08 | 002004 | SEYFARTH SHAW LLP | CH. 11 TRUSTEE ATTORNEY FEES & EXP | 6110-000 | | 2,719.49 | 280.51 |
| | | | PAYMENT OF SECOND AND FINAL CHAPTER 11 FEES PURSUANT TO COURT ORDER DATED FEBRUARY 28, 2008 | | | | |
| 05/12/08 | | Transfer from Acct #*******4196 | Bank Funds Transfer | 9999-000 | 50,000.00 | | 50,280.51 |
| 05/12/08 | 002005 | SEYFARTH SHAW LLP | CH. 11 TRUSTEE ATTORNEY FEES & EXP | 6110-000 | | 19,835.50 | 30,445.01 |
| | | | FIRST INTERIM FEES TO SEYFARTH SHAW | | | | |

| | | | | Page Subtotals | 372,854.43 | 342,409.42 | |

Ver: 16.02b

LFORM24

Page:   3

FOR

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 06-04563  -SPS |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES |
| | |
| Taxpayer ID No: | *******2153 |
| For Period Ending: | 05/05/11 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4044  BofA Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/12/08 | 002006 | SEYFARTH SHAW LLP | LLP-- BALANCE OF FEES AWARDED PER ORDER 9/13/06 CH. 7 TRUSTEE ATTORNEY FEES & EXP PAYMENT OF CH. 7 1ST INTERIM ATTORNEY FEES PURSUANT TO COURT ORDER DATED 2/28/08.  PARTIAL PAYMENT OF $30,000.00 (BALANCE DUE $75,576.26) BALANCE $75,576.26 DUE | 3110-000 | | 30,000.00 | 445.01 |
| 08/13/08 | | Transfer from Acct #*******4196 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,445.01 |
| 08/13/08 | 002007 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXPEN PAYMENT OF 1ST INTERIM CH. 7 ATTORNEY FEES PURSUANT TO COURT ORDER DATED 2/28/08. PARTIAL PAYMENT $30,000.00 (5/12/08); SECOND PARTIAL PAYMENT $10,000.00 (8/13/08); BALANCE REMAINING $65,576.26 | 3110-000 | | 10,000.00 | 445.01 |
| 10/10/08 | | Transfer from Acct #*******4196 | Bank Funds Transfer | 9999-000 | 30,000.00 | | 30,445.01 |
| 10/10/08 | 002008 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXPEN PAYMENT OF CH. 7 ATTORNEY 1ST INTERIM FEES PURSUANT TO COURT ORDER DATED 2/28/08.  PARTIAL PAYMENT OF $30,000.00 PARTIAL PAYMENT $30,000.00 (5/12/08); SECOND PARTIAL PAYMENT $10,000.00 (8/13/08); THIRD PARTIAL PAYMENT $30,000.00 (BALANCE REMAINING $35,576.26) | 3110-000 | | 30,000.00 | 445.01 |
| 12/18/08 | | Transfer from Acct #*******4196 | Bank Funds Transfer | 9999-000 | 76,000.00 | | 76,445.01 |
| 12/18/08 | 002009 | GUS A. PALOIAN, TRUSTEE | CH. 7 TRUSTEE COMPENSATION FOR FIRST INTERIM FEES PURSUANT TO COURT ORDER DATED 1/17/08 | 2100-000 | | 21,280.00 | 55,165.01 |
| 12/23/08 | | Transfer from Acct #*******4196 | Bank Funds Transfer | 9999-000 | 35,000.00 | | 90,165.01 |

| | | |
|---|---|---|
| Page Subtotals | 151,000.00 | 91,280.00 |

LFORM24

Ver: 16.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
Case No: 06-04563 -SPS | Trustee Name: GUS A. PALOIAN, TRUSTEE

Case Name: ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: BANK OF AMERICA, N.A.

Account Number / CD #: *******4044  BofA Checking Account

Taxpayer ID No: *******2153

For Period Ending: 05/05/11

Blanket Bond (per case limit): $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/23/08 | 002010 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXP 2ND INTERIM FEES AND EXPENSES PURSUANT TO COURT ORDER DATED 12/18/08 Fees 49,581.50 / Expenses 2,731.57 | 3110-000 / 3120-000 | | 52,313.07 | 37,851.94 |
| 12/23/08 | 002011 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXP PAYMENT OF CH. 7 ATTORNEY 1ST INTERIM FEES PURSUANT TO COURT ORDER DATED 2/28/08. PARTIAL PAYMENT $30,000.00 (5/12/08); SECOND PARTIAL PAYMENT $10,000.00 (8/13/08); THIRD PARTIAL PAYMENT $30,000.00 (10/10/08); FINAL PAYMENT $35,576.26 (12/23/08) Fees 32,896.00 / Expenses 2,680.26 | 3110-000 / 3120-000 | | 35,576.26 | 2,275.68 |
| 02/11/09 | 002012 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE BOND BOND PREMIUM 2/2/09 | 2300-000 | | 421.93 | 1,853.75 |
| 03/06/09 | 002013 | SPRECHMAN & ASSOCIATES, P.A. | FILING FEE FOR DOMESTICATING JUDGMENT TO FLORIDA | 2700-000 | | 1,000.00 | 853.75 |
| 03/06/09 | 002014 | SPRECHMAN & ASSOCIATES, P.A. | FILING FEE (COSTS ASSOCIATED WITH DOMESTICATING JUDGMENT) | 2700-000 | | 500.00 | 353.75 |
| 07/28/09 | 002015 | SPRECHMAN & ASSOCIATES, P.A. | MISCELLANEOUS EXPENSE OF THE ESTATE FEE FOR ISSUANCE OF EXECUTION | 2990-000 | | 42.00 | 311.75 |
| 09/24/09 | | Transfer from Acct #*******4196 | Bank Funds Transfer FOR PAYMENT OF PROFESSIONAL FEES | 9999-000 | 26,000.00 | | 26,311.75 |
| 09/24/09 | 002016 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | | | 25,289.86 | 1,021.89 |

Page Subtotals: 26,000.00 | 115,143.12

UST Form 101-7-TFR (10/1/2010) (Page: 8)

LFORM24

Ver: 16.02b

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | |
|---|---|---|---|---|
| Case No: | 06-04563  -SPS | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4044  BofA Checking Account |
| Taxpayer ID No: | *******2153 | | | |
| For Period Ending: | 05/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | PAYMENT OF THIRD INTERIM FEES AND EXPENSES (CHAPTER 7) PURSUANT TO COURT ORDER DATED 9/23/09 | | | | |
| | | | Fees            24,490.50 | 3110-000 | | | |
| | | | Expenses          799.36 | 3120-000 | | | |
| 02/05/10 | 002017 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 408.25 | 613.64 |
| | | | BLANKET BOND DISBURSEMENT | | | | |
| * 02/24/11 | 002018 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-003 | | 107.06 | 506.58 |
| * 02/24/11 | 002018 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-003 | | -107.06 | 613.64 |
| 02/25/11 | 002019 | International Securities, LTD | TRUSTEE BOND | 2300-000 | | 446.87 | 166.77 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 549,854.43 | 549,687.66 | 166.77 |
| Less:  Bank Transfers/CD's | 549,854.43 | 0.00 | |
| Subtotal | 0.00 | 549,687.66 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 549,687.66 | |

Page Subtotals          0.00          855.12

FORM 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          06-04563  -SPS
Case Name:    ELEVEN SOUTH LASALLE ASSOCIATES

Taxpayer ID No: *******2153
For Period Ending: 05/05/11

Trustee Name:        GUS A. PALOIAN, TRUSTEE
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #:    *******4196  BofA Money Market

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/21/08 | 9 | DLA PIPER US LLP C/O ARCHIBALD CANDY CORP. | CLAIMS & NOTICES | 1290-000 | 2,196.83 | | 2,196.83 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 0.09 | | 2,196.92 |
| 03/11/08 | 6 | SANFORD AND CAROL KRIEGER | SETTLEMENT | 1249-000 | 2,753.51 | | 4,950.43 |
| 03/11/08 | 6 | RICHARD AND JOAN BERNHARD | SETTLEMENT | 1249-000 | 5,507.01 | | 10,457.44 |
| 03/11/08 | 6 | MLH FAMILY LIMITED PARTNERSHIP | SETTLEMENT | 1249-000 | 4,138.51 | | 14,595.95 |
| 03/11/08 | 6 | MAURICE M. RASENICK TTEE | SETTLEMENT | 1249-000 | 5,507.01 | | 20,102.98 |
| 03/11/08 | 6 | JOAN  M. AND WILLIAM H. SCHRIMPF | SETTLEMENT | 1249-000 | 1,379.81 | | 21,482.79 |
| 03/11/08 | 6 | MELVIN AND FRANCINE M. SHAPIRO | SETTLEMENT | 1249-000 | 4,691.21 | | 26,174.00 |
| 03/11/08 | 6 | M S PARTNERS | SETTLEMENT | 1249-000 | 2,759.61 | | 28,933.61 |
| 03/11/08 | 6 | M S PARTNERS | SETTLEMENT | 1249-000 | 2,759.61 | | 31,693.22 |
| 03/11/08 | 6 | CLIFFORD R. WENER | SETTLEMENT | 1249-000 | 4,139.42 | | 35,832.64 |
| 03/11/08 | 6 | STANLEY D. HECKMAN | SETTLEMENT | 1249-000 | 5,507.01 | | 41,339.65 |
| 03/11/08 | 6 | RICHARD AND LIS WATERMAN | SETTLEMENT | 1249-000 | 5,507.01 | | 46,846.66 |
| 03/11/08 | 6 | HAROLD GOOTRAD | SETTLEMENT | 1249-000 | 11,014.05 | | 57,860.71 |
| 03/11/08 | 6 | ELYSE M. ROBERTS | SETTLEMENT | 1249-000 | 4,138.51 | | 61,999.22 |
| 03/11/08 | 6 | S H W DEVELOPMENT CORP | SETTLEMENT | 1249-000 | 2,753.51 | | 64,752.73 |
| 03/11/08 | | Transfer to Acct #*******4044 | Bank Funds Transfer TRANSFER FUNDS TO PAY SEYFARTH FEES | 9999-000 | | 3,000.00 | 61,752.73 |
| 03/18/08 | 6 | BEVERLEY AND STUART GASNER | SETTLEMENT | 1249-000 | 5,507.03 | | 67,259.76 |
| 03/24/08 | 6 | LISE S. AND WILLIAM BERNHARD | SETTLEMENT | 1249-000 | 2,753.51 | | 70,013.27 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 8.56 | | 70,021.83 |
| 04/28/08 | 6 | MILTON H. DRESNER TRUST MILTON H. DRESNER, TRUSTEE | SETTLEMENT | 1249-000 | 27,584.61 | | 97,606.44 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 14.35 | | 97,620.79 |
| 05/01/08 | 6 | DAVID PETER LANG KATHLEEN ANN LANG | SETTLEMENT | 1249-000 | 8,821.14 | | 106,441.93 |
| 05/12/08 | | Transfer to Acct #*******4044 | Bank Funds Transfer | 9999-000 | | 50,000.00 | 56,441.93 |

Page Subtotals       109,441.93        53,000.00

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-04563  -SPS |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4196  BofA Money Market |

Taxpayer ID No: *******2153
For Period Ending: 05/05/11

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 1270-000 | 9.27 | | 56,451.20 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 1270-000 | 6.94 | | 56,458.14 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 1270-000 | 7.17 | | 56,465.31 |
| 08/13/08 | | Transfer to Acct #*******4044 | Bank Funds Transfer | | 9999-000 | | 10,000.00 | 46,465.31 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 1270-000 | 6.48 | | 46,471.79 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 1270-000 | 5.71 | | 46,477.50 |
| 10/10/08 | | Transfer to Acct #*******4044 | Bank Funds Transfer | | 9999-000 | | 30,000.00 | 16,477.50 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 1270-000 | 2.70 | | 16,480.20 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 1270-000 | 1.35 | | 16,481.55 |
| 12/01/08 | 7 | CHEN NELSON ROBERTS LTD. | SETTLEMENT | | 1249-000 | 900,000.00 | | 916,481.55 |
| | | | Bank Serial #: 000000 | | | | | |
| 12/17/08 | 000201 | KATTEN MUCHIN | | | | | 300,413.49 | 616,068.06 |
| | | | Fees | 297,000.00 | 3210-000 | | | |
| | | | Expenses | 3,413.49 | 3220-000 | | | |
| 12/18/08 | | Transfer to Acct #*******4044 | Bank Funds Transfer | | 9999-000 | | 76,000.00 | 540,068.06 |
| 12/23/08 | | Transfer to Acct #*******4044 | Bank Funds Transfer | | 9999-000 | | 35,000.00 | 505,068.06 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | 47.69 | | 505,115.75 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | 12.86 | | 505,128.61 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | 11.62 | | 505,140.23 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | 12.88 | | 505,153.11 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | 29.06 | | 505,182.17 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | 30.03 | | 505,212.20 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | 29.07 | | 505,241.27 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | 30.04 | | 505,271.31 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | 30.04 | | 505,301.35 |
| 09/24/09 | | Transfer to Acct #*******4044 | Bank Funds Transfer | | 9999-000 | | 26,000.00 | 479,301.35 |
| | | | FOR PAYMENT OF PROFESSIONAL FEES | | | | | |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | 28.72 | | 479,330.07 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | 28.49 | | 479,358.56 |

Page Subtotals     900,330.12     477,413.49

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 06-04563 -SPS | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4196 BofA Money Market |
| Taxpayer ID No: | *******2153 | | |
| For Period Ending: | 05/05/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.59 | | 479,386.15 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.50 | | 479,414.65 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.49 | | 479,443.14 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 25.75 | | 479,468.89 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.51 | | 479,497.40 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.59 | | 479,524.99 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.50 | | 479,553.49 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.60 | | 479,581.09 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.50 | | 479,609.59 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.52 | | 479,638.11 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.60 | | 479,665.71 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.51 | | 479,694.22 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.61 | | 479,721.83 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.52 | | 479,750.35 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.52 | | 479,778.87 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,010,192.36 | 530,413.49 | 479,778.87 |
| Less: Bank Transfers/CD's | 0.00 | 230,000.00 | |
| Subtotal | 1,010,192.36 | 300,413.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,010,192.36 | 300,413.49 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| TIP Account - *******4031 | 319,854.43 | 0.00 | 0.00 |
| BofA Checking Account - *******4044 | 0.00 | 549,687.66 | 166.77 |
| BofA Money Market - *******4196 | 1,010,192.36 | 300,413.49 | 479,778.87 |
| | -------------- | -------------- | -------------- |
| | 1,330,046.79 | 850,101.15 | 479,945.64 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals 420.31 0.00

LFORM24 **UST Form 101-7-TFR (10/1/2010)** *(Page: 12)*

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

Exhibit B

| Case No: | 06-04563  -SPS | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4196  BofA Money Market |
| Taxpayer ID No: | *******2153 | | |
| For Period Ending: | 05/05/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | TIP Account - *******4031 | | Transfers) | To Debtors) | On Hand |
| | | | BofA Checking Account - ********4044 | | | | |
| | | | BofA Money Market - ********4196 | | | | |

Page Subtotals                                            0.00                    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-04563 | | Page 1 | | | Date: May 05, 2011 |
|---|---|---|---|---|---|---|
| Debtor Name: | ELEVEN SOUTH LASALLE ASSOCIATES | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017 001 2950-00 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Administrative  confirmed with Bob Wakefield  4/8/11(RKP) | | $5,000.00 | $0.00 | $5,000.00 |
| ACCT 001 3310-00 | GORMAN & ASSOCIATES | Administrative | | $955.00 | $0.00 | $955.00 |
| ATTY 1 001 3110-00 | SEYFARTH SHAW LLP | Administrative  PARTIAL PAYMENT $30,000.00 (5/12/08); SECOND PARTIAL PAYMENT $10,000.00 (8/13/08); THIRD PARTIAL PAYMENT $30,000.00; FINAL PAYMENT $35,576.26) (12/23/08) | | $105,576.26 | $105,576.26 | $0.00 |
| ATTY 2 001 3120-00 | SEYFARTH SHAW LLP | Administrative | | $52,313.07 | $52,313.07 | $0.00 |
| ATTY 3 001 3210-00 | SEYFARTH SHAW LLP | Administrative | | $25,289.86 | $25,289.86 | $0.00 |
| ATTY FINAL 001 3110-00 | SEYFARTH SHAW | Administrative | | $26,319.70 | $0.00 | $26,319.70 |
| PROF FEE 001 3210-00 | KATTEN MUCHIN | Administrative  First and final  contingency fees and reimbursement of expenses per 12/08 order | | $300,413.49 | $300,413.49 | $0.00 |
| PROF FEE 001 2700-00 | SPRECHMAN & ASSOCIATES, P.A. | Administrative | | $1,000.00 | $1,000.00 | $0.00 |
| PROF FEE 001 2700-00 | SPRECHMAN & ASSOCIATES, P.A. | Administrative | | $500.00 | $500.00 | $0.00 |
| SPEC ATTY 001 3210-60 | NISEN & ELLIOTT | Administrative | | $2,763.00 | $0.00 | $2,763.00 |
| TEE FINAL 001 2100-00 | GUS A. PALOIAN, CH. 7 TRUSTEE | Administrative | | $35,066.40 | $0.00 | $35,066.40 |
| TEE2 (1ST) 001 2100-00 | GUS A. PALOIAN, CH. 7 TRUSTEE | Administrative  CH. 7 Trustee fes | | $21,280.00 | $21,280.00 | $0.00 |
| ATTY CH 11 002 6110-00 | SEYFARTH SHAW LLP | Administrative | | $2,719.49 | $2,719.49 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 06-04563 | | Page 2 | | | Date: May 05, 2011 |
| Debtor Name: | ELEVEN SOUTH LASALLE ASSOCIATES | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY CH 11 002 6110-00 | SEYFARTH SHAW LLP | Administrative | | $78,030.50 | $78,030.50 | $0.00 |
| TEE 002 6101-00 | GUS A. PALOIAN, TRUSTEE (CH 11) | Administrative CH. 11 Trustee fees | | $6,805.00 | $6,805.00 | $0.00 |
| 000015A 999 6990-00 | The Larko Group 11 South LaSalle, Suite 1720 Chicago, IL 60603 | Administrative --allowed per agreed order 4/11/11 in amount of $2,280.92 as administrative and $14,640.01 as unsecured | | $2,280.92 | $0.00 | $2,280.92 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES | Administrative | | $446.87 | $446.87 | $0.00 |
| BOND PMT 999 2300-00 | INTERNATIONAL SURETIES | Administrative | | $500.00 | $500.00 | $0.00 |
| BOND PMT 999 2300-00 | INTERNATIONAL SURETIES | Administrative | | $421.93 | $421.93 | $0.00 |
| PROF FEE 999 2990-00 | SPRECHMAN & ASSOCIATES, P.A. | Administrative | | $42.00 | $42.00 | $0.00 |
| | Subtotal for Class Administrative | | | $667,723.49 | $595,338.47 | $72,385.02 |
| 000001 070 7100-00 | Whelan Security of Illinois Inc 1750 S. Hanley Road Saint Louis, MO 63144 | Unsecured | | $41,262.68 | $0.00 | $41,262.68 |
| 000002 070 7100-00 | Shamrock Decorating 12757 S. LaCrosse Avenue Alsip, IL 60803 | Unsecured | | $8,030.00 | $0.00 | $8,030.00 |
| 000003 070 7100-00 | Friedman & Bietler Real Estate LLL 875 North Michigan Avenue, Ste 2100 Chicago, IL 60611 | Unsecured claim disallowed per agreed order (4/12/11) | | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | Midwest Glass Co. One MTH Plaza Hillside, IL 60162 | Unsecured | | $591.00 | $0.00 | $591.00 |
| 000005 070 7100-00 | Midwest Glass Co. One MTH Plaza Hillside, IL 60162 | Unsecured claim disallowed per agreed order 4/12/11 | | $0.00 | $0.00 | $0.00 |
| 000006 070 7100-00 | GE Capital 1010 Thomas Edison Blvd SW Cedar Rapids IA 52404 | Unsecured (6-1) Amount corrected 6/6/2006 Claim allowed as unsecured per order 12/7/10 | | $3,151.88 | $0.00 | $3,151.88 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-04563 | | Page 3 | | Date: May 05, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | ELEVEN SOUTH LASALLE ASSOCIATES | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | WW Grainger Inc 7300 N Melvin Ave M240 Niles, IL 60714-3998 | Unsecured | | $799.95 | $0.00 | $799.95 |
| 000008 070 7100-00 | COFACE NORTH AMERICA, INC. AS AGENT FOR : SKYLINE BUILDING SERVICES P.O. BOX 2102 CRANBURY, N.J. 08512 | Unsecured | (8-1) GOODS SOLD --- 845828748 | $29,403.73 | $0.00 | $29,403.73 |
| 000009 070 7100-00 | John Hancock Life Insurance Company c/o Faye Feinstein and Chris Combest Quarles & Brady LLP 500 W. Madison St. Suite 3700 Chicago, IL 60661 | Unsecured | (9-1) Please see attachments (10-1) Amended to add Exhibits; dollar amount has not changed AMENDED BY CLAIM 24 | $0.00 | $0.00 | $0.00 |
| 000010 070 7100-00 | John Hancock Life Insurance Company c/o Faye Feinstein and Chris Combest Quarles & Brady LLP 500 W. Madison St. Suite 3700 Chicago, IL 60661 | Unsecured | OID--ORIGINALLY FILED AS CLAIM 9 (administratively duplicate filing) --Amended by claim 24 (per docket #301) | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | ACM Elevator 2293 S. Mt. Prospect Road Des Plaines, IL 60018 | Unsecured | | $22,465.00 | $0.00 | $22,465.00 |
| 000012 070 7100-00 | MDE Thermal Technologies c/o Thermal Chicago Corp 200 W. Jackson, Ste 1310 Chicago, IL 60606 | Unsecured | | $18,520.40 | $0.00 | $18,520.40 |
| 000013 070 7100-00 | MDE Thermal Technologies c/o Thermal Chicago Corp 200 W. Jackson, Ste 1310 Chicago, IL 60606 | Unsecured | claim disallowed per agreed order 4/12/11 | $0.00 | $0.00 | $0.00 |
| 000014 070 7100-00 | Constantine John Gekas Gekas & Associates Ltd Eleven South Lasalle Suite 1700 Chicago, IL 60603 | Unsecured | Claim Withdrawn-2/1/10 | $0.00 | $0.00 | $0.00 |
| 000015 070 7100-00 | The Larko Group 11 South LaSalle, Suite 1720 Chicago, IL 60603 | Unsecured | --allowed per agreed order 4/11/11 in amount of $2,280.92 as administrative and $14,640.01 as unsecured | $14,640.01 | $0.00 | $14,640.01 |
| 000016A 070 7100-00 | James A. Larson, P.C. 230 West Monroe - Suite 2220 Chicago, Illinois 60606 | Unsecured | | $14,180.02 | $0.00 | $14,180.02 |
| 000018 070 7100-00 | Glavin Security Specialists 1010 West Jackson Blvd. Chicago, IL 60607 | Unsecured | | $646.41 | $0.00 | $646.41 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-04563 | | Page 4 | | | Date: May 05, 2011 |
|---|---|---|---|---|---|---|
| Debtor Name: | ELEVEN SOUTH LASALLE ASSOCIATES | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000019 070 7100-00 | Mark 1 Restoration Company c/o Tressler Soderstrom LLP 233 S Wacker Dr 22nd FL Chicago IL 60606 | Unsecured | (19-1) ADDR MODIFIED ON 3/13/2007 | $83,700.00 | $0.00 | $83,700.00 |
| 000020 070 7100-00 | DLA Piper US LLP c/o Richard M Kremen Esq The Marbury Building 6225 Smith Avenue Baltimore, MD 21209-3600 | Unsecured | | $8,067.00 | $0.00 | $8,067.00 |
| 000021 070 7100-00 | Gould & Ratner LLP Mark E Leipold 222 N LaSalle St Suite 800 Chicago IL 60601 | Unsecured | (21-1) Professional Services Rendered | $60,713.09 | $0.00 | $60,713.09 |
| 000022 070 7100-00 | Energon, Inc. c/o Geoffrey S. Goodman, Esq. Foley & Lardner LLP 321 N. Clark St., Ste. 2800 Chicago, IL 60654 | Unsecured | | $36,790.02 | $0.00 | $36,790.02 |
| 000023 070 7100-00 | Allied Barton Security Services Attn: Steve Gramiak 8 Tower Bridge 151 Washington St., Suite 600 Conshocken, PA 19428 | Unsecured | | $14,970.24 | $0.00 | $14,970.24 |
| 000024 070 7100-00 | Prime LaSalle/Madison Partners, LLC c/o Lawrence W. Byrne, Pedersen & Houpt 161 N. Clark St., Suite 3100 Chicago, IL 60601 | Unsecured | Allowed in amount of $450,000 per order (dkt 301) 24-1) Assignment of Claim from John Hancock Insurance Company (10-1)Real Estate (24-1) <b>amount of claim corrected</b> | $450,000.00 | $0.00 | $450,000.00 |
| | Subtotal for Class Unsecured | | | $807,931.43 | $0.00 | $807,931.43 |
| 000016B 100 SC | James A. Larson, P.C. 230 West Monroe - Suite 2220 Chicago, Illinois 60606 | Secured | Stay lifted for creditor to pursue collection/recovery of collateral (7/26/06) -claim disallowed per order 4/12/11 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $1,475,654.92 | $595,338.47 | $880,316.45 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-04563 SPS
Case Name: ELEVEN SOUTH LASALLE ASSOCIATES
Trustee Name: GUS A. PALOIAN, TRUSTEE

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000016B | James A. Larson, P.C. | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GUS A. PALOIAN, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SEYFARTH SHAW | $ | $ | $ |
| Attorney for Trustee Expenses: SEYFARTH SHAW | $ | $ | $ |
| Accountant for Trustee Fees: GORMAN & ASSOCIATES | $ | $ | $ |
| Charges: SPRECHMAN & ASSOCIATES, P.A. | $ | $ | $ |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |
| Other: SPRECHMAN & ASSOCIATES, P.A. | $ | $ | $ |
| Other: NISEN & ELLIOTT | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES | $ | $ | $ |
| Other: INTERNATIONAL SURETIES | $ | $ | $ |
| Other: INTERNATIONAL SURETIES | $ | $ | $ |
| Other: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: KATTEN MUCHIN | $ | $ | $ |
| Other: KATTEN MUCHIN | $ | $ | $ |
| Other: SPRECHMAN & ASSOCIATES, P.A. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: GUS A. PALOIAN, TRUSTEE (CH 11) | $ | $ | $ |
| Other: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: The Larko Group | $ | $ | $ |

Total to be paid for prior chapter administrative expenses        $_____

Remaining Balance        $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Whelan Security of Illinois Inc | $ | $ | $ |
| 000002 | Shamrock Decorating | $ | $ | $ |
| 000003 | Friedman & Bietler Real Estate LLL | $ | $ | $ |
| 000004 | Midwest Glass Co. | $ | $ | $ |
| 000005 | Midwest Glass Co. | $ | $ | $ |
| 000006 | GE Capital | $ | $ | $ |
| 000007 | WW Grainger Inc | $ | $ | $ |
| 000008 | COFACE NORTH AMERICA, INC. | $ | $ | $ |
| 000009 | John Hancock Life Insurance Company | $ | $ | $ |
| 000010 | John Hancock Life Insurance Company | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | ACM Elevator | $ | $ | $ |
| 000012 | MDE Thermal Technologies | $ | $ | $ |
| 000013 | MDE Thermal Technologies | $ | $ | $ |
| 000014 | Constantine John Gekas | $ | $ | $ |
| 000015 | The Larko Group | $ | $ | $ |
| 000016A | James A. Larson, P.C. | $ | $ | $ |
| 000018 | Glavin Security Specialists | $ | $ | $ |
| 000019 | Mark 1 Restoration Company | $ | $ | $ |
| 000020 | DLA Piper US LLP | $ | $ | $ |
| 000021 | Gould & Ratner LLP | $ | $ | $ |
| 000022 | Energon, Inc. | $ | $ | $ |
| 000023 | Allied Barton Security Services | $ | $ | $ |
| 000024 | Prime LaSalle/Madison Partners, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


        Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

        Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE