UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ELEVEN SOUTH LASALLE ASSOCIATES, LLC., | ) | CASE NO. 06-B-04563 SPS |
| a Delaware limited liability company, | ) | |
| Debtor. | ) | HON. SUSAN PIERSON SONDERBY |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:     Gorman & Associates, accountants to Trustee

Date of Order Authorizing Employment:     August 26, 2009

Period for Which
Compensation is Sought:     August 26, 2009, through close of the case

Amount of Fees Sought:     $955.00

Amount of Expense
Reimbursement Sought:     $0.00

This is an:                              Interim Application _____     Final Application:    X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:

Date:     June 14, 2011               By:    /s/ Kathy Gorman
                                              Applicant: Gorman & Associates

13391515v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | Case No. 06-B-04563 SPS |
| ) | Chapter 7 |
| ELEVEN SOUTH LASALLE ASSOCIATES, ) | |
| LLC, Delaware limited liability company, ) | Hon. Susan Pierson Sonderby |
| ) | |
| Debtor. ) | |
| ) | |

**FIRST AND FINAL APPLICATION OF GORMAN & ASSOCIATES FOR
ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE**

Gorman & Associates ("Gorman"), tax accountants for the Bankruptcy Estate of Eleven South LaSalle Associates, LLC (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period August 26, 2009 through the close of this case (the "Application Period"). In support of this Application, Gorman states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

1. On April 24, 2006, the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, thereby commencing this case ("Case"). On or about May 11, 2006, pursuant to this Court's order, the United States Trustee appointed Gus A. Paloian as the Chapter 11 Trustee.

2. On August 30, 2006, and effective as of July 26, 2006, the Case was converted to one under Chapter 7 and Gus A. Paloian was appointed as the Chapter 7 Trustee.

3.  By its Order of August 26, 2009, this Court authorized the Trustee to employ Gorman as accountants for the Estate. A copy of the August 26, 2009 order is attached hereto as **Exhibit 1**.

## EXTENT AND NATURE OF SERVICES RENDERED

4.  Gorman has advised the Trustee as to the Estate tax matters and will (at or about the time of the final distribution) perform accounting services relating to the preparation of tax forms and returns for the Estate for the final tax year 2011; and, will prepare letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with section 505(b).

5.  In this Application, Gorman seeks the allowance of $955.00 in final compensation for necessary services rendered and to be rendered. A copy of Gorman's invoice identifying the services provided and to be provided is attached hereto as **Exhibit 2**.

## PRIOR COMPENSATION

6.  This is the first and final application that Gorman will file in the case.

7.  Gorman has not previously received payment of any compensation for services rendered in connection with this case. Gorman has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Gorman.

## STATUS OF CASE

8.  The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

## RELIEF REQUESTED

WHEREFORE, Gorman requests the entry of an Order:

A.  Allowing Gorman final compensation in the amount of $955.00;

13391683v.1

  B. Authorizing the Trustee to pay Gorman the amount of $955.00 in compensation as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

  C. Granting such other and further relief as this Court deems proper.

Dated: June 14, 2011    Respectfully submitted,

           Gorman & Associates, Inc., Accountants

           By: /s/ Kathy Gorman
             Kathy Gorman, CPA

13391683v.1

# EXHIBIT 1

**GORMAN & ASSOCIATES**
9517 OGDEN AVENUE
BROOKFIELD, IL 60513
708-387-1122

Client 196
March 1, 2011

ELEVEN SOUTH LASALLE ASSOCIATES
C/O GUS PALOIAN BANRUPTCY
131 S. DEARBORN STREET STE. 2400
CHICAGO, IL 60603

| FEDERAL FORMS | |
|---|---|
| Form 1120 | 2010 U.S. Corporation Income Tax Return |

| ILLINOIS FORMS | |
|---|---|
| Form IL-1120 | 2010 IL Corp Income and Replacement Tax Return |
| Schedule NLD | Illinois Net Loss Deduction |

| FEE SUMMARY | | |
|---|---|---|
| Preparation Fee | $ | 430.00 |
| PREPARATION OF 2011 TAX RETURNS | | 525.00 |
| Amount Due | $ | 955.00 |