UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                    §
                                          §
ELEVEN SOUTH LASALLE                      §     Case No. 06-04563 SPS
ASSOCIATES
                                          §
         Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF THE COURT
            UNITED STATE BANKRUPTCY COURT
            219 S. DEARBORN STREET
            CHICAGO, IL 60606

    Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:  10:30 A.M. ON TUESDAY, JULY 19, 2011

            United States Bankruptcy Court
            COURTROOM 642
            219 S. Dearborn Street
            Chicago, IL 60606

Date Mailed: _____          By: Gus A. Paloian, Trustee_____


*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ELEVEN SOUTH LASALLE ASSOCIATES | § | Case No. 06-04563 SPS |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,330,046.79 |
| and approved disbursements of | $ | 850,101.15 |
| leaving a balance on hand of[1] | $ | 479,945.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000016B | James A. Larson, P.C. | $ 6,499.50 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 479,945.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GUS A. PALOIAN, TRUSTEE | $ 56,346.40 | $ 21,280.00 | $ 35,066.40 |
| Attorney for Trustee Fees: SEYFARTH SHAW | $ 26,061.00 | $ 0.00 | $ 26,061.00 |
| Attorney for Trustee Expenses: SEYFARTH SHAW | $ 258.70 | $ 0.00 | $ 258.70 |
| Accountant for Trustee Fees: GORMAN & ASSOCIATES | $ 955.00 | $ 0.00 | $ 955.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: SPRECHMAN & ASSOCIATES, P.A. | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Other: SPRECHMAN & ASSOCIATES, P.A. | $ 42.00 | $ 42.00 | $ 0.00 |
| Other: NISEN & ELLIOTT | $ 2,763.00 | $ 0.00 | $ 2,763.00 |
| Other: INTERNATIONAL SURETIES | $ 446.87 | $ 446.87 | $ 0.00 |
| Other: INTERNATIONAL SURETIES | $ 500.00 | $ 500.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES | $ 421.93 | $ 421.93 | $ 0.00 |
| Other: SEYFARTH SHAW LLP | $ 102,896.00 | $ 102,896.00 | $ 0.00 |
| Other: SEYFARTH SHAW LLP | $ 2,680.26 | $ 2,680.26 | $ 0.00 |
| Other: SEYFARTH SHAW LLP | $ 49,581.50 | $ 49,581.50 | $ 0.00 |
| Other: SEYFARTH SHAW LLP | $ 2,731.57 | $ 2,731.57 | $ 0.00 |
| Other: SEYFARTH SHAW LLP | $ 24,490.50 | $ 24,490.50 | $ 0.00 |
| Other: SEYFARTH SHAW LLP | $ 799.36 | $ 799.36 | $ 0.00 |
| Other: KATTEN MUCHIN | $ 297,000.00 | $ 297,000.00 | $ 0.00 |
| Other: KATTEN MUCHIN | $ 3,413.49 | $ 3,413.49 | $ 0.00 |
| Other: SPRECHMAN & ASSOCIATES, P.A. | $ 500.00 | $ 500.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    70,104.10

Remaining Balance    $    409,841.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: SEYFARTH SHAW LLP | $ 78,030.50 | $ 78,030.50 | $ 0.00 |
| Other: GUS A. PALOIAN, TRUSTEE (CH 11) | $ 6,805.00 | $ 6,805.00 | $ 0.00 |
| Other: SEYFARTH SHAW LLP | $ 2,719.49 | $ 2,719.49 | $ 0.00 |
| Other: The Larko Group | $ 2,280.92 | $ 0.00 | $ 2,280.92 |

|  | Total to be paid for prior chapter administrative expenses | $ | 2,280.92 |
|---|---|---|---|
|  | Remaining Balance | $ | 407,560.62 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 807,931.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Whelan Security of Illinois Inc | $ 41,262.68 | $ 0.00 | $ 20,814.94 |
| 000002 | Shamrock Decorating | $ 8,030.00 | $ 0.00 | $ 4,050.73 |
| 000003 | Friedman & Bietler Real Estate LLL | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Midwest Glass Co. | $ 591.00 | $ 0.00 | $ 298.13 |
| 000005 | Midwest Glass Co. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | GE Capital | $ 3,151.88 | $ 0.00 | $ 1,589.96 |
| 000007 | WW Grainger Inc | $ 799.95 | $ 0.00 | $ 403.53 |
| 000008 | COFACE NORTH AMERICA, INC. | $ 29,403.73 | $ 0.00 | $ 14,832.70 |
| 000009 | John Hancock Life Insurance Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | John Hancock Life Insurance Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | ACM Elevator | $ 22,465.00 | $ 0.00 | $ 11,332.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | MDE Thermal Technologies | $ 18,520.40 | $ 0.00 | $ 9,342.61 |
| 000013 | MDE Thermal Technologies | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | Constantine John Gekas | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | The Larko Group | $ 14,640.01 | $ 0.00 | $ 7,385.15 |
| 000016A | James A. Larson, P.C. | $ 14,180.02 | $ 0.00 | $ 7,153.10 |
| 000018 | Glavin Security Specialists | $ 646.41 | $ 0.00 | $ 326.08 |
| 000019 | Mark 1 Restoration Company | $ 83,700.00 | $ 0.00 | $ 42,222.42 |
| 000020 | DLA Piper US LLP | $ 8,067.00 | $ 0.00 | $ 4,069.40 |
| 000021 | Gould & Ratner LLP | $ 60,713.09 | $ 0.00 | $ 30,626.69 |
| 000022 | Energon, Inc. | $ 36,790.02 | $ 0.00 | $ 18,558.71 |
| 000023 | Allied Barton Security Services | $ 14,970.24 | $ 0.00 | $ 7,551.73 |
| 000024 | Prime LaSalle/Madison Partners, LLC | $ 450,000.00 | $ 0.00 | $ 227,002.28 |

Total to be paid to timely general unsecured creditors $ 407,560.62

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Gus A. Paloian, Trustee

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

                        Certificate of Service    Page 7 of 8

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                                  Case No. 06-04563-SPS
Eleven South LaSalle Associates, LLC                                                    Chapter 7
                 Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster              Page 1 of 2                   Date Rcvd: Jun 16, 2011
                               Form ID: pdf006              Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2011.
db            Eleven South LaSalle Associates, LLC,    11 South LaSalle St,    Suite 1710,    Chicago, IL 60603
aty          +Charles S Riecke,    Seyfarth Shaw,    131 S. Dearborn Street,    Suite 4200,
               Chicago, IL 60603-5517
aty          +Christopher J. Horvay,    Gould & Ratner,   222 N. LaSalle Street,    Suite 800,
               Chicago, IL 60601-1086
aty          +Daniel P. Dawson,    Nisen & Elliott, LLC,    200 W. Adams St. Ste 2500,    Chicago, IL 60606-5283
aty          +Gus A Paloian,    Seyfarth Shaw LLP,    131 S. Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
aty          +James B. Sowka,    Seyfarth Shaw LLP,    131 South Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
aty          +Mark E Leipold,    Gould & Ratner,    222 N LaSalle Street,    Chicago, IL 60601-1086
aty          +Nisen & Elliot,    Nisen & Elliot,    200 W Adams Ste 2500,    Chicago, IL 60606-5283
aty          +Peter A Siddiqui,    Katten Muchin Rosenman LLP,    525 West Monroe Street,
               Chicago, IL 60661-3693
aty          +Richard J Mason,    McGuire Woods, LLP,   77 West Wacker Drive  Suite 4100,
               Chicago, IL 60601-1818
aty          +Sara E Lorber,    The Law Office of William J. Factor,    105 W. Madison St.,    Suite 400,
               Chicago, IL 60602-4678
aty          +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
tr           +Gus A Paloian,    Seyfarth, Shaw, Et Al,   131 South Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
10710929     +A Golden Image,    490 South Street,    Elmhurst, IL 60126-4120
10710930     +A. Messe & Sons,    2500 W. Lake Street,    Chicago, IL 60612-2108
10710931     +ACM Elevator,    2293 S. Mt. Prospect Road,    Des Plaines, IL 60018-1810
10710935      AT&T,    SBC Bill Payment Center,    Saginaw, MI 48663-0003
10710932      Allied Barton Security Services,    3806 Horizon Dr,    King of Prussia, PA 19406
10710933      American Combustion Service, Inc.,    P.O. Box 817,    Mokena, IL 60448-0817
11056336     +Binny's Bevergage Depot,    213 W Grand,    Chicago IL 60654-7673
10770483     +COFACE NORTH AMERICA, INC.,    AS AGENT FOR : SKYLINE BUILDING SERVICES,    P.O. BOX 2102,
               CRANBURY, N.J 08512-0952
11056337     +Cimco Communications,    P O Box 95900,    Chicago IL 60694-5900
11056334     +Cintas Corporation,    P O Box #5,    Bedford Park IL 60499-0005
11056335     +City of Chicago,    Dept of Water Mgmt,    P O Box 6300,    Chicago IL 60680-6300
10710936     +City of Chicago-Dept. of Revenue,    333 S. State - Suite 300,    Chicago, IL 60604-3982
10776467      Constantine John Gekas,    Gekas & Associates Ltd,    Eleven South Lasalle Suite 1700,
               Chicago, IL 60603
10710937     +Constellation New Energy,    550 W. Washington St. - Suite 300,    Chicago, IL 60661-2709
10710938     +Converged Communication System LLC,    1619 Jenkins Street - Suite 200,    Evanston, IL 60201-1526
10710939      DLA Piper US LLP,    c/o Richard M Kremen Esq,    The Marbury Building,    6225 Smith Avenue,
               Baltimore, MD 21209-3600
10710940     +Earthwise Environmental, Inc.,    1290 Mark Street,    Bensenville, IL 60106-1022
10710941      Energon /Mary Skipton,    LockBox 36576-Treasury Center,    Chicago, IL 60694-6500
11334188     +Energon, Inc.,    c/o Geoffrey S. Goodman, Esq.,    321 N. Clark St., Ste. 2800,
               Chicago, IL 60654-5313
11334189     +Energon, Inc.,    c/o Geoffrey S. Goodman, Esq.,    Foley & Lardner LLP,
               321 N. Clark St., Ste. 2800,    Chicago, IL 60654-5313
10710943     +First Illinois Systems, Inc.,    53 S. Cypress Drive,    Bristol, IL 60512-9709
10710944     +Friedman & Bietler Real Estate LLL,    875 North Michigan Avenue, Ste 2100,
               Chicago, IL 60611-1921
11056333     +GE Capital,    P O Box 740441,    Atlant A Ga 30374-0441
10756919     +GE Capital,    1010 Thomas Edison Blvd SW,    Cedar Rapids IA 52404-8247
10710945     +Glavin Security Specialists,    1010 West Jackson Blvd.,    Chicago, IL 60607-2914
11289736     +Gould & Ratner LLP,    Mark E Leipold,    222 N LaSalle St Suite 800,    Chicago IL 60601-1011
10710947     +Greg Shinall,    Sperling & Slater,    55 W. Monroe, Ste 3200,    Chicago, IL 60603-5072
10710948     +H.M. Witt,    626 S. Clark Street,    Chicago, IL 60605-1711
10710951      Initial Tropical Plants,    P.O. Box 95409,    Palatine, IL 60095-0409
10710952      Intuit,    P.O. Box 513340,    Los Angeles, CA 90051-3340
11056332      Intuit,    P O Box 95409,    Los Angeles CA 90051
11056330     +JC Licht Co,    320 W Fullerton Ave Ste 200,    Carol STream IL 60188-1866
10806499     +James A. Larson, P.C.,    230 West Monroe - Suite 2220,    Chicago, Illinois 60606-4902
10710953      Jarosch Bakery, Inc.,    35 Arlington Heights Road,    Palatine, IL 60067
11056331      John Hancock Financial,    P O Box 751043,    Charlotte NC 28275
10710954     +Johnstone Supply #12,    6401 Chestnut St.,    Morton Grove, IL 60053-2602
10710955     +Jupiter Realty Services, LLC,    401 N. Michigan Ave. - Suite 1300,    Chicago, IL 60611-4271
10710956     +L. Trevino Carpet/Shawn Trevino,    5853 W. Lawrence Ave.,    Chicago, IL 60630-3226
10710967     +MDE Thermal Technologies,    c/o Thermal Chicago Corp,    200 W. Jackson, Ste 1310,
               Chicago, IL 60606-6941
10710957      Mark 1 Restoration Co.,    1021 Maryland Avenue,    Dolton, IL 60419-2225
11231361     +Mark 1 Restoration Company,    c/o Tressler Soderstrom LLP,    233 S Wacker Dr 22nd FL,
               Chicago IL 60606-6399
10710958     +Midwest Glass Co.,    One MTH Plaza,    Hillside, IL 60162-1436
10728830     +Moulton Limited Partnership,    c/o Sperling & Slater PC,    55 W Monroe St Suite 3200,
               Chicago, IL 60603-5072
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 2               Date Rcvd: Jun 16, 2011
                               Form ID: pdf006            Total Noticed: 71
```

```
10728832     +Moulton Limitied Partnership,   c/o Bell, Boyd & Lloyd LLC,   70 West Madison St Suite 3100,
               Chicago, IL 60602-4244
10710959     +North American,   2101 Claire Court,   Glenview, IL 60025-7634
10710960      Office Essentials, Inc.,   1017 Burlington AVenue - Suite 6,   Downers Grove, IL 60515
10710961      PBCC,   P.O. Box 456460,   Louisville, KY 40285-6460
12682762     +Prime LaSalle/Madison Partners, LLC,   c/o Lawrence W. Byrne, Pedersen & Houpt,
               161 N. Clark St., Suite 3100,   Chicago, IL 60601-3242
11056328     +RFCnet,   1701 W Quincy Avenue Ste 29,   Naperville IL 60540-6683
10710963      Shamrock Decorating,   12757 S. LaCrosse Avenue,   Alsip, IL 60803
11056325     +Standard Printing & Office Supply,   1600 S Kalamazoo Avenue,   Marshall MI 49068-9581
10710965     +Stone & Metal Group,   1242 W. Washington Blvd.,   Chicago, IL 60607-1931
10710966      The Larko Group,   11 South LaSalle, Suite 1720,   Chicago, IL 60603
11056326     +Thermal Chicago,   c/o Thermal Chicago Corp,   200 W Jackson Ste 1310,   Chicago IL 60606-6941
11056327     +United Radio Comm Inc,   9200 S Oketo Avenue,   Bridgeview IL 60455-2100
10710946      WW Grainger Inc,   7300 N Melvin Ave M240,   Niles, IL 60714-3998
10710968     +Whelan Security of Illinois Inc,   1750 S. Hanley Road,   Saint Louis, MO 63144-2908
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10710962     +E-mail/Text: bankruptcy@pb.com Jun 16 2011 22:56:36     Pitney Bowes,   P.O. Box 856042,
               Louisville, KY 40285-6042
10710946      E-mail/Text: SCD_BankruptcyNotices@Grainger.com Jun 16 2011 22:58:08     WW Grainger Inc,
               7300 N Melvin Ave M240,   Niles, IL 60714-3998
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Katten Muchin Rosenman LLP
11231328      Mark 1 Restoration Company
10883528      Office of the U.S. Trustee
11056338*     John Hancock Financial,   P O Box 751043,   Charlotte NC 28275
10710934     ##American Messaging,   P.O. Box 5733,   Carol Stream, IL 60197-5733
10710942     ##+Faye B. Feinstein,   Quarles & Brady, LLP,   500 W. Madison St., Suite 3700,
               Chicago, IL 60661-4591
10710949     ##+Hasbrouch Peterson Zimoch,   104 S. Michigan - Suite 250,   Chicago, IL 60603-5971
10710950     ##+I.U.O.E. Local 399 Health & Welfare,   763 W. Jackson Blvd.,   Chicago, IL 60661-5411
10721087     ##+John Hancock Life Insurance,   Feinstein Shifflett Cahill Schneider,   Quarles & Brady LLP,
               500 West Madison Suite 3700,   Chicago, IL 60661-4591
10774989     ##+John Hancock Life Insurance Company,   c/o Faye Feinstein and Chris Combest,
               Quarles & Brady LLP,   500 W. Madison St.,   Suite 3700,   Chicago, IL 60661-4591
11056329     ##+Rubenstein Limber Co,   167 N Morgan St,   Chicago IL 60607-2221
10710964     ##+Skyline Building Services, Inc.,   1302 W. Randolph St.,   Chicago, IL 60607-1514
                                                                                TOTALS: 3, * 1, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2011**            **Signature:**   _Joseph Speetjens_