UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-04563 |
| | ) | |
| ELEVEN SOUTH LASALLE ASSOCIATES, LLC | ) ) ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

## NOTICE OF FILING

TO:　SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 25th day of July, 2012, the undersigned caused to be filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois, Eastern Division, the **Trustee's Report of Deposit of Unclaimed Property** in the above-captioned matter, a copy of which is hereby served upon you.

Dated: July 25, 2012　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　GUS A. PALOIAN, not individually or
　　　　　　　　　　　　　　　　　　　　　personally, but solely in his capacity as the
　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee of the Debtor's Estate,

　　　　　　　　　　　　　　　　　　　　　By:/s/ *Gus A. Paloian*
　　　　　　　　　　　　　　　　　　　　　　　Gus A. Paloian (06188186)
　　　　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　　　　　131 South Dearborn Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 460-5000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 460-7000

　　　　　　　　　　　　　　　　　　　　　　　*Chapter 7 Trustee*

14690409v.1

## CERTIFICATE OF SERVICE

    I here by certify that I caused a true and correct copy of the foregoing notice and the report identified therein to be served upon the persons listed on the attached service list at their respective addresses by electronic notice or first class mail, postage prepaid, as indicated, on July 25, 2012.

                                            /s/ Gus A. Paloian
                                              Gus A. Paloian

## SERVICE LIST

### ELEVEN SOUTH LASALLE ASSOCIATES, LLC Debtor

### Case No. 06-04563

### VIA ELECTRONIC NOTICE

Office of the United States Trustee
219 S. Dearborn Street
Suite 873
Chicago IL 60604
USTPRegion11.ES.ECF@usdoj.gov

### VIA FIRST CLASS MAIL

Whelan Security of Illinois Inc.
1750 S. Hanley Road
Saint Louis, MO 63144

ACM Elevator
2293 S. Mt. Prospect Road
Des Plaines, IL 60018

14690409v.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-04563 |
| | ) | |
| | ) | |
| ELEVEN SOUTH LASALLE | ) | Chapter 7 |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Gus A. Paloian, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On April 24, 2006, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On July 26, 2006, the Court entered an Order converting the case to a case under Chapter 7 of the Bankruptcy Code and shortly thereafter, Gus A. Paloian was appointed Trustee of the Debtor's estate.

2. On or about July 21, 2011 and again on or about August 12, 2011, the Trustee sent distribution checks via U.S. Mail to those creditors listed on the attached Exhibit "A".

3. The distribution check sent on July 21, 2011 to ACM Elevator, check 2032, was returned to Trustee marked "Insufficient Address".

4. The distribution checks sent on August 12, 2011 to ACM Elevator, check 2049, and Whelan Security of Illinois, check 2042, were returned to Trustee marked "Insufficient Address".

5. All reasonable attempts have been expended to locate creditors Whelan Security of Illinois and ACM Elevator with no success. These efforts include: (1) calls to general information services for published phone number or address; (2) internet searches for the last

14690409v.1

known address of the identified claimant; and (3) calls to entities who may have knowledge of claimant's new status and/or address.

6.   By reason of the foregoing, Trustee has stopped payment on the returned distribution checks and has deposited the unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Dated: July 25, 2012

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

/s/ Gus A. Paloian, Trustee
Gus A. Paloian, Trustee

14690409v.1

**Exhibit "A"**

| DATE | CHK # | CLAIMANT | AMOUNT |
|---|---|---|---|
| 07/21/11 | 2020 | OFFICE OF THE U.S. TRUSTEE | $5,000.00 |
| 07/21/11 | 2021 | GORMAN & ASSOCIATES | $955.00 |
| 07/21/11 | 2022 | SEYFARTH SHAW | $26,319.70 |
| 07/21/11 | 2023 | NISEN & ELLIOTT | $2,763.00 |
| 07/21/11 | 2024 | GUS A. PALOIAN, CH. 7 TRUSTEE | $35,066.40 |
| 07/21/11 | 2025 | THE LARKO GROUP | $2,280.92 |
| 07/21/11 | 2026 | WHELAN SECURITY OF ILLINOIS INC | $20,814.94 |
| 07/21/11 | 2027 | SHAMROCK DECORATING | $4,050.73 |
| 07/21/11 | 2028 | MIDWEST GLASS CO. | $298.13 |
| 07/21/11 | 2029 | GE CAPITAL | $1,589.96 |
| 07/21/11 | 2030 | WW GRAINGER INC | $403.53 |
| 07/21/11 | 2031 | COFACE NO AMERICA, INC. AGT SKYLINE | $14,832.70 |
| 07/21/11 | 2032 | ACM ELEVATOR | $11,332.46 |
| 07/21/11 | 2033 | MDE THERMAL TECHNOLOGIES | $9,342.61 |
| 07/21/11 | 2034 | THE LARKO GROUP | $7,385.15 |
| 07/21/11 | 2036 | GLAVIN SECURITY SPECIALISTS | $326.08 |
| 07/21/11 | 2037 | MARK 1 RESTORATION COMPANY | $42,222.42 |
| 07/21/11 | 2038 | DLA PIPER US LLP | $4,069.40 |
| 07/21/11 | 2039 | GOULD & RATNER LLP | $30,626.69 |
| 07/21/11 | 2040 | ENERGON, INC. | $18,558.71 |
| 07/21/11 | 2041 | ALLIED BARTON SECURITY SERVICES | $7,551.73 |
| 07/21/11 | 2042 | PRIME LASALLE/MADISON PARTNERS, LLC | $227,002.28 |
| 08/12/11 | 2043 | WHELAN SECURITY OF ILLINOIS INC | $371.85 |
| 08/12/11 | 2044 | SHAMROCK DECORATING | $72.37 |
| 08/12/11 | 2045 | MIDWEST GLASS CO. | $5.33 |
| 08/12/11 | 2046 | GE CAPITAL | $28.41 |
| 08/12/11 | 2047 | WW GRAINGER INC | $7.21 |
| 08/12/11 | 2048 | COFACE NO AMERICA, INC. AGT SKYLINE | $264.98 |
| 08/12/11 | 2049 | ACM ELEVATOR | $202.44 |
| 08/12/11 | 2050 | MDE THERMAL TECHNOLOGIES | $166.90 |
| 08/12/11 | 2051 | THE LARKO GROUP | $131.93 |
| 08/12/11 | 2052 | GLAVIN SECURITY SPECIALISTS | $5.82 |
| 08/12/11 | 2053 | MARK 1 RESTORATION COMPANY | $754.29 |
| 08/12/11 | 2054 | DLA PIPER US LLP | $72.69 |
| 08/12/11 | 2055 | GOULD & RATNER LLP | $547.13 |
| 08/12/11 | 2056 | ENERGON, INC. | $331.54 |
| 08/12/11 | 2057 | ALLIED BARTON SECURITY SERVICES | $134.91 |
| 08/12/11 | 2058 | PRIME LASALLE/MADISON PARTNERS, LLC | $4,055.30 |

14690409v.1