**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-04563 |
| | ) | |
| | ) | |
| **ELEVEN SOUTH LASALLE** | ) | Chapter 7 |
| **ASSOCIATES, LLC** | ) | |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**NOTICE OF FILING**

TO:   **SEE ATTACHED SERVICE LIST**

   **PLEASE TAKE NOTICE** that on the 25th day of July, 2012, the undersigned caused to be filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois, Eastern Division, the **Trustee's Amended Report of Deposit of Unclaimed Property** in the above-captioned matter, a copy of which is hereby served upon you.

Dated:  July 27, 2012                     Respectfully submitted,

                         GUS A. PALOIAN, not individually or
                         personally, but solely in his capacity as the
                         Chapter 7 Trustee of the Debtor's Estate,

                         By:*/s/ Gus A. Paloian*
                            Gus A. Paloian (06188186)
                            SEYFARTH SHAW LLP
                            131 South Dearborn Street, Suite 2400
                            Chicago, Illinois 60603
                            Telephone: (312) 460-5000
                            Facsimile:  (312) 460-7000

                            *Chapter 7 Trustee*

14690409v.1

## **CERTIFICATE OF SERVICE**

      I here by certify that I caused a true and correct copy of the foregoing notice and the report identified therein to be served upon the persons listed on the attached service list at their respective addresses by electronic notice or first class mail, postage prepaid, as indicated, on July 27, 2012.


                                              /s/ Gus A. Paloian
                                                 Gus A. Paloian

## SERVICE LIST

**ELEVEN SOUTH LASALLE ASSOCIATES, LLC Debtor**

**Case No. 06-04563**

### VIA ELECTRONIC NOTICE

Office of the United States Trustee
219 S. Dearborn Street
Suite 873
Chicago   IL   60604
USTPRegion11.ES.ECF@usdoj.gov

### VIA FIRST CLASS MAIL

Whelan Security of Illinois Inc.
1750 S. Hanley Road
Saint Louis, MO 63144

ACM Elevator
2293 S. Mt. Prospect Road
Des Plaines, IL 60018

14690409v.1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-04563 |
| | ) | |
| | ) | |
| ELEVEN SOUTH LASALLE | ) | Chapter 7 |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**TRUSTEE'S AMENDED REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**

Gus A. Paloian, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy procedure, provides the following amended report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1.  On April 24, 2006, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On July 26, 2006, the Court entered an Order converting the case to a case under Chapter 7 of the Bankruptcy Code and shortly thereafter, Gus A. Paloian was appointed Trustee of the Debtor's estate.

2.  On or about July 21, 2011 and again on or about August 12, 2011, the Trustee sent distribution checks via U.S. Mail to those creditors listed on the attached Exhibit "A".

3.  The distribution check sent on July 21, 2011 to ACM Elevator, check 2032, was returned to Trustee marked "Insufficient Address".

4.  The distribution checks sent on August 12, 2011 to ACM Elevator, check 2049, and Whelan Security of Illinois, check 2043, were returned to Trustee marked "Insufficient Address".

5.  All reasonable attempts have been expended to locate creditors Whelan Security of Illinois and ACM Elevator with no success. These efforts include: (1) calls to general information services for published phone number or address; (2) internet searches for the last

14690409v.1

known address of the identified claimant; and (3) calls to entities who may have knowledge of claimant's new status and/or address.

  6. By reason of the foregoing, Trustee has stopped payment on the returned distribution checks and has deposited the unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Dated: July 27, 2012           Respectfully submitted,

                  GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

                  /s/ Gus A. Paloian, Trustee_____
                    Gus A. Paloian, Trustee

14690409v.1

**Exhibit "A"**

| DATE | CHK # | CLAIMANT | AMOUNT |
|---|---|---|---|
| 07/21/11 | 2032 | ACM ELEVATOR | $11,332.46 |
| 08/12/11 | 2043 | WHELAN SECURITY OF ILLINOIS INC | $371.85 |
| 08/12/11 | 2049 | ACM ELEVATOR | $202.44 |
| | | | **$11,906.75** |

14690409v.1