**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 06-04563-SPS |
| | § | |
| ELEVEN SOUTH LASALLE | § | |
| ASSOCIATES | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $25,000,000.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $407,560.62 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $922,486.17 | | |

3)        Total gross receipts of $1,330,046.79  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,330,046.79 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $22,270,000.00 | $6,499.50 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $832,257.32 | $832,257.32 | $832,150.26 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $89,796.68 | $89,796.68 | $90,335.91 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,185,992.80 | $23,088,686.60 | $793,751.41 | $407,560.62 |
| **Total Disbursements** | $23,455,992.80 | $24,017,740.10 | $1,716,305.41 | $1,330,046.79 |

4). This case was originally filed under chapter 11 on 04/24/2006. The case was converted to one under Chapter 7 on 08/30/2006. The case was pending for 85 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/21/2013</u>            By:   <u>/s/ Gus A. Paloian</u>
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| LITIGATION/AVOIDANCE ACTION (Case No. 07-A-823) | 1249-000 | $107,222.10 |
| LITIGATION/AVOIDANCE ACTION (Case No. 07-A-824) | 1249-000 | $900,000.00 |
| Interest Asset | 1270-000 | $1,711.24 |
| BANK ACCOUNTS | 1290-000 | $188,916.62 |
| PERSONAL PROPERTY | 1290-000 | $2,196.83 |
| RETURN OF ATTORNEY FEES | 1290-000 | $130,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,330,046.79** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16B | JAMES A. LARSON, P.C. | 4110-000 | NA | $6,499.50 | $0.00 | $0.00 |
| | John Hancock Financial | 4110-000 | $22,270,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$22,270,000.00** | **$6,499.50** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, CH. 7 TRUSTEE, Trustee | 2100-000 | NA | $35,066.40 | $35,066.40 | $35,066.40 |
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $21,280.00 | $21,280.00 | $21,280.00 |
| INTERNATIONAL SECURITIES, LTD | 2300-000 | NA | $446.87 | $446.87 | $446.87 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $830.18 | $830.18 | $830.18 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| SPRECHMAN & ASSOCIATES, P.A. | 2700-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| ASSOCIATED | 2990-000 | NA | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| BANK | | | | | |
| ELEVEN SOUTH LASALLE ASSOCIATES LLC | 2990-000 | NA | $254,354.43 | $254,354.43 | $254,354.43 |
| SPRECHMAN & ASSOCIATES, P.A. | 2990-000 | NA | $42.00 | $42.00 | $42.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $203,029.00 | $203,029.00 | $203,029.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $6,469.89 | $6,469.89 | $6,469.89 |
| KATTEN MUCHIN, Special Counsel for Trustee | 3210-600 | NA | $297,000.00 | $297,000.00 | $297,000.00 |
| NISEN & ELLIOTT, Special Counsel for Trustee | 3210-600 | NA | $2,763.00 | $2,763.00 | $2,763.00 |
| KATTEN MUCHIN, Special Counsel for Trustee | 3220-610 | NA | $3,413.49 | $3,413.49 | $3,413.49 |
| GORMAN & ASSOCIATES, Accountant for Trustee | 3310-000 | NA | $955.00 | $955.00 | $955.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $832,150.26 | $832,150.26 | $832,150.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, CH. 11 TRUSTEE, Trustee | 6101-000 | NA | $6,805.00 | $6,805.00 | $6,805.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 6110-000 | NA | $77,652.00 | $77,652.00 | $77,652.00 |
| Attorney for Trustee | 6120-000 | NA | $378.50 | $378.50 | $378.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 6120-000 | NA | $2,680.26 | $2,680.26 | $2,719.49 |
| INTERNATIONAL SURETIES, INC., Other Prior Chapter Administrative | 6990-000 | NA | | | $500.00 |
| THE LARKO GROUP, Other Prior Chapter | 6990-000 | NA | $2,280.92 | $2,280.92 | $2,280.92 |

| | | | | |
|---|---|---|---|---|
| Administrative | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | NA | $89,796.68 | $89,796.68 | $90,335.91 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WHELAN SECURITY OF ILLINOIS INC | 7100-000 | $18,259.76 | $41,262.68 | $41,262.68 | $20,814.94 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 1; WHELAN SECURITY OF ILLINOIS INC ) | 7100-001 | $0.00 | $0.00 | $0.00 | $371.85 |
| 2 | SHAMROCK DECORATING | 7100-000 | $8,030.00 | $8,030.00 | $8,030.00 | $4,123.10 |
| 3 | FRIEDMAN & BIETLER REAL ESTATE LLL | 7100-000 | $11,862.50 | $11,862.50 | $0.00 | $0.00 |
| 4 | MIDWEST GLASS CO. | 7100-000 | $591.00 | $591.00 | $591.00 | $303.46 |
| 5 | MIDWEST GLASS CO. | 7100-000 | $591.00 | $591.00 | $0.00 | $0.00 |
| 6 | GE CAPITAL | 7100-000 | $481.68 | $3,151.88 | $3,151.88 | $1,618.37 |
| 7 | WW GRAINGER INC | 7100-000 | $664.93 | $799.95 | $799.95 | $410.74 |
| 8 | COFACE NO AMERICA, INC. AGT SKYLINE | 7100-000 | NA | $29,403.73 | $29,403.73 | $15,097.68 |
| 9 | JOHN HANCOCK LIFE INSURANCE COMPANY | 7100-000 | $428,374.52 | $0.00 | $0.00 | $0.00 |
| 10 | JOHN HANCOCK LIFE INSURANCE COMPANY | 7100-000 | $428,374.52 | $0.00 | $0.00 | $0.00 |
| 11 | ACM ELEVATOR | 7100-000 | $22,465.60 | $22,465.00 | $22,465.00 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 11; ACM ELEVATOR | 7100-001 | $0.00 | $0.00 | $0.00 | $202.44 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | ) |  |  |  |  |  |
|  | CLERK, U.S. BANKRUPTCY COURT (Claim No. 11; ACM ELEVATOR ) | 7100-001 | $0.00 | $0.00 | $0.00 | $11,332.46 |
| 12 | MDE THERMAL TECHNOLOGIES | 7100-000 | NA | $18,520.40 | $18,520.40 | $9,509.51 |
| 13 | MDE THERMAL TECHNOLOGIES | 7100-000 | NA | $20,000.00 | $0.00 | $0.00 |
| 14 | CONSTANTINE JOHN GEKAS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 15 | THE LARKO GROUP | 7100-000 | $13,123.17 | $13,360.43 | $14,640.01 | $7,517.08 |
| 16A | JAMES A. LARSON, P.C. | 7100-000 | NA | $14,180.02 | $0.00 | $7,153.10 |
| 18 | GLAVIN SECURITY SPECIALISTS | 7100-000 | $646.41 | $646.41 | $646.41 | $331.90 |
| 19 | MARK 1 RESTORATION COMPANY | 7100-000 | $33,000.00 | $83,700.00 | $83,700.00 | $42,976.71 |
| 20 | DLA PIPER US LLP | 7100-000 | $6,559.00 | $8,067.00 | $8,067.00 | $4,142.09 |
| 21 | GOULD & RATNER LLP | 7100-000 | NA | $60,713.09 | $60,713.09 | $31,173.82 |
| 22 | ENERGON, INC. | 7100-000 | $30,891.64 | $36,790.02 | $36,790.02 | $18,890.25 |
| 23 | ALLIED BARTON SECURITY SERVICES | 7100-000 | $14,817.53 | $14,970.24 | $14,970.24 | $7,686.64 |
| 24 | PRIME LASALLE/MADISON PARTNERS, LLC | 7100-000 | NA | $22,699,581.25 | $450,000.00 | $231,057.58 |
|  | A Golden Image | 7100-000 | $90.75 | NA | NA | $0.00 |
|  | A. Messe & Sons | 7100-000 | $1,189.26 | NA | NA | $0.00 |
|  | American Combustion Service, Inc | 7100-000 | $2,590.85 | NA | NA | $0.00 |
|  | American Messaging | 7100-000 | $84.96 | NA | NA | $0.00 |
|  | AT & T | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Binny's Beverage Depot | 7100-000 | $40.34 | NA | NA | $0.00 |
|  | Cimco Communications | 7100-000 | $1,911.53 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Cintas Corporation | 7100-000 | $25.30 | NA | NA | $0.00 |
| City of Chicago, Dept of Revenue | 7100-000 | $5,547.30 | NA | NA | $0.00 |
| City of Chicago, Dept of Water Mgmt | 7100-000 | $1,530.38 | NA | NA | $0.00 |
| Constellation New Energy | 7100-000 | $32,974.68 | NA | NA | $0.00 |
| Converged Communication System | 7100-000 | $117.00 | NA | NA | $0.00 |
| Earthwise Environmental Inc | 7100-000 | $1,162.02 | NA | NA | $0.00 |
| European American Realty | 7100-000 | $0.00 | NA | NA | $0.00 |
| First Illinois Systems, Inc | 7100-000 | $1,356.00 | NA | NA | $0.00 |
| H.M. Witt | 7100-000 | $327.61 | NA | NA | $0.00 |
| Hasbrouch Peterson Zimoch | 7100-000 | $711.50 | NA | NA | $0.00 |
| HM Witt & Co | 7100-000 | $327.61 | NA | NA | $0.00 |
| I.U.O.E. Local 399 Health & Welfare | 7100-000 | $4,101.24 | NA | NA | $0.00 |
| Initial Tropical Plants | 7100-000 | $4,356.12 | NA | NA | $0.00 |
| Intuit | 7100-000 | $116.33 | NA | NA | $0.00 |
| Jarosch Bakery Inc | 7100-000 | $123.16 | NA | NA | $0.00 |
| JC Licht Co. | 7100-000 | $0.08 | NA | NA | $0.00 |
| Johnstone Supply #12 | 7100-000 | $1,549.42 | NA | NA | $0.00 |
| Jupiter Realty Services LLC | 7100-000 | $55,431.25 | NA | NA | $0.00 |
| L. Trevino Carpet/Shawn Trevino | 7100-000 | $2,105.49 | NA | NA | $0.00 |
| North American | 7100-000 | $389.70 | NA | NA | $0.00 |
| Office Essentials, Inc | 7100-000 | $158.53 | NA | NA | $0.00 |
| PBCC | 7100-000 | $500.36 | NA | NA | $0.00 |
| Pitney Bowes | 7100-000 | $331.55 | NA | NA | $0.00 |
| RFCnet | 7100-000 | $372.75 | NA | NA | $0.00 |
| Rubenstein Limber Co | 7100-000 | $421.00 | NA | NA | $0.00 |
| Skyline Business Services | 7100-000 | $28,207.56 | NA | NA | $0.00 |
| Standard Printing | 7100-000 | $140.02 | NA | NA | $0.00 |

| | & Office Supply | | | | | |
|---|---|---|---|---|---|---|
| | Stone & Metal Group | 7100-000 | $4,640.00 | NA | NA | $0.00 |
| | Thermal Chicago | 7100-000 | $12,181.88 | NA | NA | $0.00 |
| | United Radio Comm Inc | 7100-000 | $14.05 | NA | NA | $0.00 |
| | UPS | 7100-000 | $605.81 | NA | NA | $0.00 |
| | US Bancorp | 7100-000 | $1,509.17 | NA | NA | $0.00 |
| | US Messenger & Logistics, Inc | 7100-000 | $16.98 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,185,992.80 | $23,088,686.60 | $793,751.41 | $414,713.72 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1                    Exhibit 8

| | |
|---|---|
| Case No.: | 06-04563-SPS |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES |
| For the Period Ending: | 11/21/2013 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Date Filed (f) or Converted (c): | 08/30/2006 (c) |
| §341(a) Meeting Date: | 10/27/2006 |
| Claims Bar Date: | 05/01/2007 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | BANK ACCOUNTS | $0.00 | $188,916.62 | | $188,916.62 | FA |
| **Asset Notes:** | TURNOVER OF FUNDS FROM CITIBANK ACCT. NOS. 800288207, 800407559 & 980929299 | | | | | |
| 2 | RETURN OF ATTORNEY FEES **(u)** | $0.00 | $130,000.00 | | $130,000.00 | FA |
| **Asset Notes:** | RETAINER REFUND | | | | | |
| 3 | REAL PROPERTY | $25,000,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 11 SOUTH LASALLE STREET, CHICAGO, IL - 35 FLOOR OFFICE BUILDING  9/27/06 -- Order authorizing Trustee to abandon real property | | | | | |
| 4 | ACCOUNTS RECEIVABLE | $445,270.88 | $445,270.88 | | $0.00 | FA |
| 5 | OFFICE EQUIPMENT, FURNISHINGS, AND **(u)** | Unknown | $0.00 | | $0.00 | FA |
| 6 | LITIGATION/AVOIDANCE ACTION (Case No. 07-A-823) **(u)** | $318,870.00 | $318,620.10 | | $107,222.10 | $211,398.00 |
| **Asset Notes:** | PALOIAN V. MOUTON; CASE NO. 07-00823  Trustee requests the entry of an order pursuant to Section 554(c) of the Bankruptcy Code reserving the Estate's interest in the judgment order dated 5/9/08 entered against Scott Toberman in the amount of $211,398.00. | | | | | |
| 7 | LITIGATION/AVOIDANCE ACTION (Case No. 07-A-824) **(u)** | $900,000.00 | $900,000.00 | | $900,000.00 | FA |
| **Asset Notes:** | PALOIAN V. ING; CASE NO. 07-00824 | | | | | |
| 8 | LITIGATION/AVOIDANCE ACTION (Case No. 07-A-1084) **(u)** | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | PALOIAN V. MCGUIRE WOODS; CASE NO. 07-01084 | | | | | |
| 9 | PERSONAL PROPERTY **(u)** | $0.00 | $2,196.83 | | $2,196.83 | FA |
| **Asset Notes:** | RECEIVED FROM DLA PIPER PURSUANT TO ELEVEN SOUTH LASALLE'S CLAIM IN THE BANKRUPTCY ESTATE OF ARCHIBALD CANDY CORPORATION. | | | | | |
| 10 | VOID **(u)** | Unknown | $0.00 | | $0.00 | FA |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $1,711.24 | Unknown |

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $26,664,140.88 | $1,985,004.43 | $1,330,046.79 | $211,398.00 |

**Major Activities affecting case closing:**
 The Final Account will be submitted to the U.S. Trustee's Office for review on or before August 15, 2013.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| Case No.: | 06-04563-SPS |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES |
| For the Period Ending: | 11/21/2013 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Date Filed (f) or Converted (c): | 08/30/2006 (c) |
| §341(a) Meeting Date: | 10/27/2006 |
| Claims Bar Date: | 05/01/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   12/31/2007          Current Projected Date Of Final Report (TFR):   12/31/2011          /s/ GUS A. PALOIAN
_____
GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04563-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***2153 | Checking Acct #: | ******2753 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Associated Bank Checking Account |
| For Period Beginning: | 4/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2011 | | WIRE TRANFER FROM BOFA | Transfer of Estate funds from BofA | 9999-000 | $11,906.75 | | $11,906.75 |
| 12/02/2011 | | ASSOCIATED BANK | Wire in Fee | 2990-000 | | $15.00 | $11,891.75 |
| 02/21/2012 | | ASSOCIATED BANK | WIRE IN FEE REFUND | 2990-000 | | ($15.00) | $11,906.75 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $11,906.75 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $11,906.75 | $11,906.75 | $0.00 |
| **Less: Bank transfers/CDs** | $11,906.75 | $11,906.75 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

| For the period of 4/24/2006 to 11/21/2013 | | For the entire history of the account between 01/01/1900 to 11/21/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,906.75 | Total Internal/Transfer Receipts: | $11,906.75 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $11,906.75 | Total Internal/Transfer Disbursements: | $11,906.75 |

Case 06-04563   Doc 367   Filed 11/25/13   Entered 11/25/13 15:47:52   Desc Main
Document   Page 12 of 22   Page No:  2   Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 06-04563-SPS | |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | |
| Primary Taxpayer ID #: | **-***2153 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/24/2006 | |
| For Period Ending: | 11/21/2013 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | **B OF A /ASSOCIATED BANK |
| Certificate of Deposits Acct #: | ******4031 |
| Account Title: | TIP Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2006 | (2) | GOULD & RATNER | RETURN OF UNUSED RETAINER - DEBTOR' | 1290-000 | $41,103.20 | | $41,103.20 |
| 05/31/2006 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $7.88 | | $41,111.08 |
| 06/12/2006 | (1) | CITIBANK, FSB | TURNOVER OF BANK FUNDS | 1290-000 | $188,916.62 | | $230,027.70 |
| 06/12/2006 | | Transfer to Acct #******4044 | Bank Funds Transfer | 9999-000 | | $500.00 | $229,527.70 |
| 06/13/2006 | (2) | GOULD & RATNER | RETURN OF UNUSED RETAINER - DEBTOR' | 1290-000 | $88,896.80 | | $318,424.50 |
| 06/30/2006 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $149.06 | | $318,573.56 |
| 07/31/2006 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $270.57 | | $318,844.13 |
| 08/31/2006 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $270.80 | | $319,114.93 |
| 09/18/2006 | | Transfer to Acct #******4044 | Bank Funds Transfer | 9999-000 | | $65,000.00 | $254,114.93 |
| 09/19/2006 | (INT) | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $239.50 | | $254,354.43 |
| 09/19/2006 | | Transfer to Acct #******4044 | Final Posting Transfer | 9999-000 | | $254,354.43 | $0.00 |
| | | | **TOTALS:** | | $319,854.43 | $319,854.43 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $319,854.43 | |
| | | | **Subtotal** | | $319,854.43 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $319,854.43 | $0.00 | |

| | | | |
|---|---|---|---|
| **For the period of 4/24/2006 to 11/21/2013** | | **For the entire history of the account between 05/31/2006 to 11/21/2013** | |
| Total Compensable Receipts: | $319,854.43 | Total Compensable Receipts: | $319,854.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $319,854.43 | Total Comp/Non Comp Receipts: | $319,854.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $319,854.43 | Total Internal/Transfer Disbursements: | $319,854.43 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-04563-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***2153 | Checking Acct #: | ******4044 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2006 | | Transfer from Acct #******4031 | Bank Funds Transfer | 9999-000 | $500.00 | | $500.00 |
| 06/12/2006 | 2001 | INTERNATIONAL SURETIES, INC. | TRUSTEE BOND | 6990-000 | | $500.00 | $0.00 |
| 09/18/2006 | | Transfer from Acct #******4031 | Bank Funds Transfer | 9999-000 | $65,000.00 | | $65,000.00 |
| 09/18/2006 | 2002 | GUS A. PALOIAN,  CH. 11 TRUSTEE | TRUSTEE COMPENSATION | 6101-000 | | $6,805.00 | $58,195.00 |
| 09/18/2006 | 2003 | SEYFARTH SHAW LLP | CH. 11 TRUSTEE ATTORNEY FEES & EXP | * | | $58,195.00 | $0.00 |
| | | | $(57,816.50) | 6110-000 | | | $0.00 |
| | | | $(378.50) | 6120-000 | | | $0.00 |
| 09/19/2006 | | Transfer from Acct #******4031 | Transfer In From MMA Account | 9999-000 | $254,354.43 | | $254,354.43 |
| 09/19/2006 | | ELEVEN SOUTH LASALLE ASSOCIATES LLC | TURNOVER OF BANK FUNDS BACK TO CH. 11 RECEIVER PURSUANT TO AGREED ORDERED ENTERED ON 9/14/06 - RETURN OF SECURITY DEPOSIT OF $254,114.93 + $239.50 IN INTEREST. | 2990-000 | | $254,354.43 | $0.00 |
| 03/11/2008 | | Transfer from Acct #******4196 | Bank Funds Transfer | 9999-000 | $3,000.00 | | $3,000.00 |
| 03/11/2008 | 2004 | SEYFARTH SHAW LLP | CH. 11 TRUSTEE ATTORNEY FEES & EXP | 6120-000 | | $2,719.49 | $280.51 |
| 05/12/2008 | | Transfer from Acct #******4196 | Bank Funds Transfer | 9999-000 | $50,000.00 | | $50,280.51 |
| 05/12/2008 | 2005 | SEYFARTH SHAW LLP | CH. 11 TRUSTEE ATTORNEY FEES & EXP | 6110-000 | | $19,835.50 | $30,445.01 |
| 05/12/2008 | 2006 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXP PAYMENT OF CH. 7 1ST INTERIM ATTORNEY FEES PURSUANT TO COURT ORDER DATED 2/28/08.  PARTIAL PAYMENT OF $30,000.00 (BALANCE DUE $75,576.26) BALANCE OF $75,576.26 DUE | 3110-000 | | $30,000.00 | $445.01 |
| 08/13/2008 | | Transfer from Acct #******4196 | Bank Funds Transfer | 9999-000 | $10,000.00 | | $10,445.01 |
| 08/13/2008 | 2007 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXPEN PAYMENT OF 1ST INTERIM CH. 7 ATTORNEY FEES PURSUANT TO COURT ORDER DATED 2/28/08. PARTIAL PAYMENT $30,000.00 (5/12/08); SECOND PARTIAL PAYMENT $10,000.00 (8/13/08); BALANCE REMAINING $65,576.26 | 3110-000 | | $10,000.00 | $445.01 |
| | | | **SUBTOTALS** | | $382,854.43 | $382,409.42 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04563-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***2153 | Checking Acct #: | ******4044 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/10/2008 | | Transfer from Acct #******4196 | Bank Funds Transfer | 9999-000 | $30,000.00 | | $30,445.01 |
| 10/10/2008 | 2008 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXPEN PAYMENT OF CH. 7 ATTORNEY 1ST INTERIM FEES PURSUANT TO COURT ORDER DATED 2/28/08.  PARTIAL PAYMENT OF $30,000.00 PARTIAL PAYMENT $30,000.00 (5/12/08); SECOND PARTIAL PAYMENT $10,000.00 (8/13/08); THIRD PARTIAL PAYMENT $30,000.00 (BALANCE REMAINING $35,576.26) | 3110-000 | | $30,000.00 | $445.01 |
| 12/18/2008 | | Transfer from Acct #******4196 | Bank Funds Transfer | 9999-000 | $76,000.00 | | $76,445.01 |
| 12/18/2008 | 2009 | GUS A. PALOIAN, TRUSTEE | CH. 7 TRUSTEE COMPENSATION | 2100-000 | | $21,280.00 | $55,165.01 |
| 12/23/2008 | | Transfer from Acct #******4196 | Bank Funds Transfer | 9999-000 | $35,000.00 | | $90,165.01 |
| 12/23/2008 | 2010 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXP Per Court Order Doc  308 12/18/2008 | * | | $52,313.07 | $37,851.94 |
| | | | SEYFARTH SHAW LLP          $(49,581.50) | 3110-000 | | | $37,851.94 |
| | | | SEYFARTH SHAW LLP          $(2,731.57) | 3120-000 | | | $37,851.94 |
| 12/23/2008 | 2011 | SEYFARTH SHAW LLP | CH. 7 TRUSTEE ATTORNEY FEES & EXP PAYMENT OF CH. 7 ATTORNEY 1ST INTERIM FEES PURSUANT TO COURT ORDER DATED 2/28/08. PARTIAL PAYMENT $30,000.00 (5/12/08); SECOND PARTIAL PAYMENT $10,000.00 (8/13/08); THIRD PARTIAL PAYMENT $30,000.00 (10/10/08); FINAL PAYMENT $35,576.26 (12/23/08) | * | | $35,576.26 | $2,275.68 |
| | | | SEYFARTH SHAW LLP          $(32,896.00) | 3110-000 | | | $2,275.68 |
| | | | SEYFARTH SHAW LLP          $(2,680.26) | 3120-000 | | | $2,275.68 |
| 02/11/2009 | 2012 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $421.93 | $1,853.75 |
| 03/06/2009 | 2013 | SPRECHMAN & ASSOCIATES, P.A. | FILING FEE | 2700-000 | | $1,000.00 | $853.75 |
| 03/06/2009 | 2014 | SPRECHMAN & ASSOCIATES, P.A. | FILING FEE | 2700-000 | | $500.00 | $353.75 |
| 07/28/2009 | 2015 | SPRECHMAN & ASSOCIATES, P.A. | MISCELLANEOUS EXPENSE OF THE ESTATE | 2990-000 | | $42.00 | $311.75 |
| 09/24/2009 | | Transfer from Acct #******4196 | Bank Funds Transfer | 9999-000 | $26,000.00 | | $26,311.75 |
| | | | **SUBTOTALS** | | $167,000.00 | $141,133.26 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5   Exhibit 9

| Case No. | 06-04563-SPS | | Trustee Name: | Gus A. Paloian |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***2153 | | Checking Acct #: | ******4044 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/24/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/24/2009 | 2016 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES Per Doc 253 09/23/2009 | * | | $25,289.86 | $1,021.89 |
| | | | SEYFARTH SHAW LLP $(24,490.50) | 3110-000 | | | $1,021.89 |
| | | | SEYFARTH SHAW LLP $(799.36) | 3120-000 | | | $1,021.89 |
| 02/05/2010 | 2017 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $408.25 | $613.64 |
| 02/24/2011 | 2018 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $107.06 | $506.58 |
| 02/24/2011 | 2018 | Reverses Check # 2018 | TRUSTEE BOND | 2300-004 | | ($107.06) | $613.64 |
| 02/25/2011 | 2019 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | 2300-000 | | $446.87 | $166.77 |
| 07/21/2011 | | Transfer from Acct #******4196 | Transfer In From MMA Account | 9999-000 | $479,778.87 | | $479,945.64 |
| 07/21/2011 | 2020 | OFFICE OF THE U.S. TRUSTEE | Claim 000017, Payment 100.00000% | 2950-000 | | $5,000.00 | $474,945.64 |
| 07/21/2011 | 2021 | GORMAN & ASSOCIATES | Claim ACCT, Payment 100.00000% | 3310-000 | | $955.00 | $473,990.64 |
| 07/21/2011 | 2022 | SEYFARTH SHAW | Claim ATTY FINAL, Payment PER DOC 358 07/20/2011 | * | | $26,319.70 | $447,670.94 |
| | | | SEYFARTH SHAW LLP $(26,061.00) | 3110-000 | | | $447,670.94 |
| | | | SEYFARTH SHAW LLP $(258.70) | 3120-000 | | | $447,670.94 |
| 07/21/2011 | 2023 | NISEN & ELLIOTT | Claim SPEC ATTY, Payment 100.00000% | 3210-600 | | $2,763.00 | $444,907.94 |
| 07/21/2011 | 2024 | GUS A. PALOIAN, CH. 7 TRUSTEE | Claim TEE FINAL, Payment 100.00000% per Doc 359; 07/19/2011 | 2100-000 | | $35,066.40 | $409,841.54 |
| 07/21/2011 | 2025 | THE LARKO GROUP | Claim 000015A, Payment 100.00000% | 6990-000 | | $2,280.92 | $407,560.62 |
| 07/21/2011 | 2026 | WHELAN SECURITY OF ILLINOIS INC | Claim 000001, Payment 50.44495% | 7100-000 | | $20,814.94 | $386,745.68 |
| 07/21/2011 | 2027 | SHAMROCK DECORATING | Claim 000002, Payment 50.44496% | 7100-000 | | $4,050.73 | $382,694.95 |
| 07/21/2011 | 2028 | MIDWEST GLASS CO. | Claim 000004, Payment 50.44501% | 7100-000 | | $298.13 | $382,396.82 |
| 07/21/2011 | 2029 | GE CAPITAL | Claim 000006, Payment 50.44481% | 7100-000 | | $1,589.96 | $380,806.86 |
| 07/21/2011 | 2030 | WW GRAINGER INC | Claim 000007, Payment 50.44440% | 7100-000 | | $403.53 | $380,403.33 |
| 07/21/2011 | 2031 | COFACE NO AMERICA, INC. AGT SKYLINE | Claim 000008, Payment 50.44496% | 7100-000 | | $14,832.70 | $365,570.63 |
| 07/21/2011 | 2032 | ACM ELEVATOR | Claim 000011, Payment 50.44496% | 7100-000 | | $11,332.46 | $354,238.17 |
| 07/21/2011 | 2033 | MDE THERMAL TECHNOLOGIES | Claim 000012, Payment 50.44497% | 7100-000 | | $9,342.61 | $344,895.56 |
| 07/21/2011 | 2034 | THE LARKO GROUP | Claim 000015, Payment 50.44498% | 7100-000 | | $7,385.15 | $337,510.41 |

SUBTOTALS $479,778.87 $168,580.21

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 06-04563-SPS | Trustee Name: | Gus A. Paloian |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***2153 | Checking Acct #: | ******4044 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 07/21/2011 | 2035 | JAMES A. LARSON, P.C. | Claim 000016A, Payment 50.44492% | 7100-000 | | $7,153.10 | $330,357.31 |
| 07/21/2011 | 2036 | GLAVIN SECURITY SPECIALISTS | Claim 000018, Payment 50.44476% | 7100-000 | | $326.08 | $330,031.23 |
| 07/21/2011 | 2037 | MARK 1 RESTORATION COMPANY | Claim 000019, Payment 50.44495% | 7100-000 | | $42,222.42 | $287,808.81 |
| 07/21/2011 | 2038 | DLA PIPER US LLP | Claim 000020, Payment 50.44502% | 7100-000 | | $4,069.40 | $283,739.41 |
| 07/21/2011 | 2039 | GOULD & RATNER LLP | Claim 000021, Payment 50.44495% | 7100-000 | | $30,626.69 | $253,112.72 |
| 07/21/2011 | 2040 | ENERGON, INC. | Claim 000022, Payment 50.44496% | 7100-000 | | $18,558.71 | $234,554.01 |
| 07/21/2011 | 2041 | ALLIED BARTON SECURITY SERVICES | Claim 000023, Payment 50.44495% | 7100-000 | | $7,551.73 | $227,002.28 |
| 07/21/2011 | 2042 | PRIME LASALLE/MADISON PARTNERS, LLC | Claim 000024, Payment 50.44495% | 7100-000 | | $227,002.28 | $0.00 |
| 08/11/2011 | 2035 | Reverses Check # 2035 | Claim 000016A, Payment 50.44492% | 7100-004 | | ($7,153.10) | $7,153.10 |
| 08/12/2011 | 2043 | WHELAN SECURITY OF ILLINOIS INC | Claim 000001, Payment 0.90118% | 7100-000 | | $371.85 | $6,781.25 |
| 08/12/2011 | 2044 | SHAMROCK DECORATING | Claim 000002, Payment 0.90125% | 7100-000 | | $72.37 | $6,708.88 |
| 08/12/2011 | 2045 | MIDWEST GLASS CO. | Claim 000004, Payment 0.90186% | 7100-000 | | $5.33 | $6,703.55 |
| 08/12/2011 | 2046 | GE CAPITAL | Claim 000006, Payment 0.90137% | 7100-000 | | $28.41 | $6,675.14 |
| 08/12/2011 | 2047 | WW GRAINGER INC | Claim 000007, Payment 0.90131% | 7100-000 | | $7.21 | $6,667.93 |
| 08/12/2011 | 2048 | COFACE NO AMERICA, INC. AGT SKYLINE | Claim 000008, Payment 0.90118% | 7100-000 | | $264.98 | $6,402.95 |
| 08/12/2011 | 2049 | ACM ELEVATOR | Claim 000011, Payment 0.90114% | 7100-000 | | $202.44 | $6,200.51 |
| 08/12/2011 | 2050 | MDE THERMAL TECHNOLOGIES | Claim 000012, Payment 0.90117% | 7100-000 | | $166.90 | $6,033.61 |
| 08/12/2011 | 2051 | THE LARKO GROUP | Claim 000015, Payment 0.90116% | 7100-000 | | $131.93 | $5,901.68 |
| 08/12/2011 | 2052 | GLAVIN SECURITY SPECIALISTS | Claim 000018, Payment 0.90036% | 7100-000 | | $5.82 | $5,895.86 |
| 08/12/2011 | 2053 | MARK 1 RESTORATION COMPANY | Claim 000019, Payment 0.90118% | 7100-000 | | $754.29 | $5,141.57 |
| 08/12/2011 | 2054 | DLA PIPER US LLP | Claim 000020, Payment 0.90108% | 7100-000 | | $72.69 | $5,068.88 |
| 08/12/2011 | 2055 | GOULD & RATNER LLP | Claim 000021, Payment 0.90117% | 7100-000 | | $547.13 | $4,521.75 |
| 08/12/2011 | 2056 | ENERGON, INC. | Claim 000022, Payment 0.90117% | 7100-000 | | $331.54 | $4,190.21 |
| 08/12/2011 | 2057 | ALLIED BARTON SECURITY SERVICES | Claim 000023, Payment 0.90119% | 7100-000 | | $134.91 | $4,055.30 |
| 08/12/2011 | 2058 | PRIME LASALLE/MADISON PARTNERS, LLC | Claim 000024, Payment 0.90118% | 7100-000 | | $4,055.30 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $337,510.41 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04563-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***2153 | Checking Acct #: | ******4044 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 12/01/2011 | 2032 | Reverses Check # 2032 | Stop Payment Reversal | 7100-004 | | ($11,332.46) | $11,332.46 |
| 12/01/2011 | 2043 | Reverses Check # 2043 | Stop Payment Reversal | 7100-004 | | ($371.85) | $11,704.31 |
| 12/01/2011 | 2049 | Reverses Check # 2049 | Stop Payment Reversal | 7100-004 | | ($202.44) | $11,906.75 |
| 12/02/2011 | | ASSOCIATED BANK | Wire Transfer to EastWest Bank x0022 | 9999-000 | | $11,906.75 | $0.00 |
| 01/29/2012 | | ASSOCIATED BANK | Transfer funds to EastWest Bank x0022 | 9999-000 | | $11,906.75 | ($11,906.75) |
| 01/29/2012 | | Reverses Wire Out # 0 | Reverse Transfer funds to EastWest Bank x0022 | 9999-000 | | ($11,906.75) | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $1,029,633.30 | $1,029,633.30 | $0.00 |
| Less: Bank transfers/CDs | $1,029,633.30 | $11,906.75 | |
| Subtotal | $0.00 | $1,017,726.55 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $1,017,726.55 | |

| For the period of 4/24/2006 to 11/21/2013 | | For the entire history of the account between 05/31/2006 to 11/21/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,029,633.30 | Total Internal/Transfer Receipts: | $1,029,633.30 |
| | | | |
| Total Compensable Disbursements: | $1,017,726.55 | Total Compensable Disbursements: | $1,017,726.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,017,726.55 | Total Comp/Non Comp Disbursements: | $1,017,726.55 |
| Total Internal/Transfer Disbursements: | $11,906.75 | Total Internal/Transfer Disbursements: | $11,906.75 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 06-04563-SPS | | | Trustee Name: | Gus A. Paloian | |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | | | Bank Name: | **B OF A /ASSOCIATED BANK | |
| Primary Taxpayer ID #: | **-***2153 | | | Money Market Acct #: | ******4196 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | BofA Money Market | |
| For Period Beginning: | 4/24/2006 | | | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/21/2013 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/21/2008 | (9) | DLA PIPER US LLP | CLAIMS & NOTICES | 1290-000 | $2,196.83 | | $2,196.83 |
| 02/29/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | $0.09 | | $2,196.92 |
| 03/11/2008 | (6) | SANFORD AND CAROL KRIEGER | SETTLEMENT | 1249-000 | $2,753.51 | | $4,950.43 |
| 03/11/2008 | (6) | RICHARD AND JOAN BERNHARD | SETTLEMENT | 1249-000 | $5,507.01 | | $10,457.44 |
| 03/11/2008 | (6) | MLH FAMILY LIMITED PARTNERSHIP | SETTLEMENT | 1249-000 | $4,138.51 | | $14,595.95 |
| 03/11/2008 | (6) | MAURICE M. RASENICK TTEE | SETTLEMENT | 1249-000 | $5,507.03 | | $20,102.98 |
| 03/11/2008 | (6) | JOAN M. SCHRIMPF | SETTLEMENT | 1249-000 | $1,379.81 | | $21,482.79 |
| 03/11/2008 | (6) | MELVIN AND FRANCINE M. SHAPIRO | SETTLEMENT | 1249-000 | $4,691.21 | | $26,174.00 |
| 03/11/2008 | (6) | M S PARTNERS | SETTLEMENT | 1249-000 | $2,759.61 | | $28,933.61 |
| 03/11/2008 | (6) | M S PARTNERS | SETTLEMENT | 1249-000 | $2,759.61 | | $31,693.22 |
| 03/11/2008 | (6) | CLIFFORD R. WENER | SETTLEMENT | 1249-000 | $4,139.42 | | $35,832.64 |
| 03/11/2008 | (6) | STANLEY D. HECKMAN | SETTLEMENT | 1249-000 | $5,507.01 | | $41,339.65 |
| 03/11/2008 | (6) | RICHARD AND LIS WATERMAN | SETTLEMENT | 1249-000 | $5,507.01 | | $46,846.66 |
| 03/11/2008 | (6) | HAROLD GOOTRAD | SETTLEMENT | 1249-000 | $11,014.05 | | $57,860.71 |
| 03/11/2008 | (6) | ELYSE M. ROBERTS | SETTLEMENT | 1249-000 | $4,138.51 | | $61,999.22 |
| 03/11/2008 | (6) | S H W DEVELOPMENT CORP | SETTLEMENT | 1249-000 | $2,753.51 | | $64,752.73 |
| 03/11/2008 | | Transfer to Acct #******4044 | Bank Funds Transfer | 9999-000 | | $3,000.00 | $61,752.73 |
| 03/18/2008 | (6) | BEVERLEY AND STUART GASNER | SETTLEMENT | 1249-000 | $5,507.03 | | $67,259.76 |
| 03/24/2008 | (6) | LISE S. AND WILLIAM BERNHARD | SETTLEMENT | 1249-000 | $2,753.51 | | $70,013.27 |
| 03/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | $8.56 | | $70,021.83 |
| 04/28/2008 | (6) | MILTON H. DRESNER TRUST | SETTLEMENT | 1249-000 | $27,584.61 | | $97,606.44 |
| 04/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | $14.35 | | $97,620.79 |
| 05/01/2008 | (6) | DAVID PETER LANG | SETTLEMENT | 1249-000 | $8,821.14 | | $106,441.93 |
| 05/12/2008 | | Transfer to Acct #******4044 | Bank Funds Transfer | 9999-000 | | $50,000.00 | $56,441.93 |
| 05/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | $9.27 | | $56,451.20 |
| 06/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | $6.94 | | $56,458.14 |
| 07/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | $7.17 | | $56,465.31 |
| 08/13/2008 | | Transfer to Acct #******4044 | Bank Funds Transfer | 9999-000 | | $10,000.00 | $46,465.31 |
| | | | **SUBTOTALS** | | $109,465.31 | $63,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04563-SPS | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***2153 | | Money Market Acct #: | ******4196 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | BofA Money Market |
| For Period Beginning: | 4/24/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 1270-000 | $6.48 | | $46,471.79 |
| 09/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 1270-000 | $5.71 | | $46,477.50 |
| 10/10/2008 | | Transfer to Acct #******4044 | Bank Funds Transfer | | 9999-000 | | $30,000.00 | $16,477.50 |
| 10/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 1270-000 | $2.70 | | $16,480.20 |
| 11/28/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 1270-000 | $1.35 | | $16,481.55 |
| 12/01/2008 | (7) | CHEN NELSON ROBERTS LTD. | SETTLEMENT | | 1249-000 | $900,000.00 | | $916,481.55 |
| 12/17/2008 | 201 | KATTEN MUCHIN | * | | * | | $300,413.49 | $616,068.06 |
| | | | KATTEN MUCHIN | $(297,000.00) | 3210-600 | | | $616,068.06 |
| | | | KATTEN MUCHIN | $(3,413.49) | 3220-610 | | | $616,068.06 |
| 12/18/2008 | | Transfer to Acct #******4044 | Bank Funds Transfer | | 9999-000 | | $76,000.00 | $540,068.06 |
| 12/23/2008 | | Transfer to Acct #******4044 | Bank Funds Transfer | | 9999-000 | | $35,000.00 | $505,068.06 |
| 12/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $47.69 | | $505,115.75 |
| 01/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $12.86 | | $505,128.61 |
| 02/27/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $11.62 | | $505,140.23 |
| 03/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $12.88 | | $505,153.11 |
| 04/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $29.06 | | $505,182.17 |
| 05/29/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $30.03 | | $505,212.20 |
| 06/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $29.07 | | $505,241.27 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $30.04 | | $505,271.31 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $30.04 | | $505,301.35 |
| 09/24/2009 | | Transfer to Acct #******4044 | Bank Funds Transfer | | 9999-000 | | $26,000.00 | $479,301.35 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $28.72 | | $479,330.07 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $28.49 | | $479,358.56 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $27.59 | | $479,386.15 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $28.50 | | $479,414.65 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $28.49 | | $479,443.14 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $25.75 | | $479,468.89 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.070 | | 1270-000 | $28.51 | | $479,497.40 |
| | | | SUBTOTALS | | | $900,445.58 | $467,413.49 | |

Page No: 10      Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04563-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***2153 | Money Market Acct #: | ******4196 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Money Market |
| For Period Beginning: | 4/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $27.59 | | $479,524.99 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $28.50 | | $479,553.49 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $27.60 | | $479,581.09 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $28.50 | | $479,609.59 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $28.52 | | $479,638.11 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $27.60 | | $479,665.71 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $28.51 | | $479,694.22 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $27.61 | | $479,721.83 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $28.52 | | $479,750.35 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $28.52 | | $479,778.87 |
| 07/21/2011 | | Transfer to Acct #******4044 | Final Posting Transfer | 9999-000 | | $479,778.87 | $0.00 |

|  |  | TOTALS: | $1,010,192.36 | $1,010,192.36 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank transfers/CDs | $0.00 | $709,778.87 | |
| | | Subtotal | $1,010,192.36 | $300,413.49 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $1,010,192.36 | $300,413.49 | |

| For the period of 4/24/2006 to 11/21/2013 | | For the entire history of the account between 02/21/2008 to 11/21/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,010,192.36 | Total Compensable Receipts: | $1,010,192.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,010,192.36 | Total Comp/Non Comp Receipts: | $1,010,192.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $300,413.49 | Total Compensable Disbursements: | $300,413.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $300,413.49 | Total Comp/Non Comp Disbursements: | $300,413.49 |
| Total Internal/Transfer Disbursements: | $709,778.87 | Total Internal/Transfer Disbursements: | $709,778.87 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-04563-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***2153 | Checking Acct #: | ******0022 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | | 9999-000 | $11,906.75 | | $11,906.75 |
| 07/25/2012 | 5001 | CLERK, U.S. BANKRUPTCY COURT | CHECK TO ACCOMPANY REPORT OF UNCLAIMED FUNDS RE ACM AND WHELAN CLAIMS, CHECK NOS. 2032, 2043 AND 2049 FROM X4044 (BofA) | | * | | $11,906.75 | $0.00 |
| | | | Check  2032 to ACM Elevator; Claim No. 11 | $(11,332.46) | 7100-001 | | | $0.00 |
| | | | Check No 2043 to Whelan Security of Illinois; Claim No. 1 | $(371.85) | 7100-001 | | | $0.00 |
| | | | Check No 2049 to ACM Elevator; Claim No. 11 | $(202.44) | 7100-001 | | | $0.00 |
| 08/17/2012 | | East West Bank | Bank Service Fee | | 2600-000 | | $70.33 | ($70.33) |
| 08/31/2012 | | East West Bank | Refund Bank Service Fee | | 2600-000 | | ($70.33) | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $11,906.75 | $11,906.75 | $0.00 |
| Less: Bank transfers/CDs | $11,906.75 | $0.00 | |
| Subtotal | $0.00 | $11,906.75 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $11,906.75 | |

| For the period of  4/24/2006 to 11/21/2013 | | For the entire history of the account between 02/22/2012 to 11/21/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,906.75 | Total Internal/Transfer Receipts: | $11,906.75 |
| | | | |
| Total Compensable Disbursements: | $11,906.75 | Total Compensable Disbursements: | $11,906.75 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $11,906.75 | Total Comp/Non Comp  Disbursements: | $11,906.75 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 06-04563-SPS |
| Case Name: | ELEVEN SOUTH LASALLE ASSOCIATES |
| Primary Taxpayer ID #: | **-***2153 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/24/2006 |
| For Period Ending: | 11/21/2013 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0022 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,330,046.79 | $1,330,046.79 | $0.00 |

| For the period of 4/24/2006 to 11/21/2013 | | For the entire history of the case between 08/30/2006 to 11/21/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,330,046.79 | Total Compensable Receipts: | $1,330,046.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,330,046.79 | Total Comp/Non Comp Receipts: | $1,330,046.79 |
| Total Internal/Transfer Receipts: | $1,053,446.80 | Total Internal/Transfer Receipts: | $1,053,446.80 |
| | | | |
| Total Compensable Disbursements: | $1,330,046.79 | Total Compensable Disbursements: | $1,330,046.79 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,330,046.79 | Total Comp/Non Comp Disbursements: | $1,330,046.79 |
| Total Internal/Transfer Disbursements: | $1,053,446.80 | Total Internal/Transfer Disbursements: | $1,053,446.80 |